Exhibit 4

# SAMSUNG
# Galaxy Z Flip



# User manual

# Contents

## Features

Mobile continuity | Wireless PowerShare | Bixby | Biometric security | Dark mode

## Get started

Galaxy Z Flip: Folded | Unfolded

**Set up your device:** Charge the battery | Wireless PowerShare

**Start using your device:** Turn on your device | Use the Setup Wizard | Transfer data from an old device | Lock or unlock your device | Cover screen | Side key settings | Accounts | Set up voicemail | Navigation | Navigation bar | Customize your home screen | Samsung Daily | Bixby | Digital wellbeing and parental controls | Always On Display | Biometric security | Mobile continuity | Multi window | Enter text | Emergency mode

**Customize your home screen:** App icons | Create and use folders | Wallpaper | Themes | Icons | Widgets | Home screen settings | Easy mode | Status bar | Notification panel

## Camera and Gallery

**Camera:** Navigate the camera screen | Configure shooting mode | AR Zone | Live focus | Scene optimizer | Record videos | Live focus video | Zoom-in mic | Super Slow-mo | Super steady | Camera settings

**Gallery:** View pictures | Edit pictures | Play video | Video enhancer | Edit video | Share pictures and videos | Delete pictures and videos | Create movie | Take a screenshot | Screen recorder

## Mobile continuity

Link to Windows | Call & text on other devices

Contents

# Samsung apps

Galaxy Essentials | AR Zone | Bixby | Galaxy Store |Galaxy Wearable | Game Launcher | Samsung Global Goals | Samsung Members | SmartThings | Tips | Calculator | Calendar | Clock | Contacts | Internet | Messages | My Files | Phone | Samsung Health | Samsung Notes | Samsung Pay

# Google apps

Chrome | Drive | Duo | Gmail | Google | Maps | Photos | Play Movies & TV | Play Store | YouTube | YT Music

# Microsoft apps

Outlook | LinkedIn | Office Mobile | OneDrive

# Settings

Connections: Wi-Fi | Bluetooth | NFC and payment | Airplane mode | Mobile networks | Data usage | Mobile hotspot | Nearby device scanning | Connect to a printer | MirrorLink | Virtual Private Networks | Private DNS | Ethernet

Customization: Display | Notifications | Sounds and vibration

Security: Lock screen and security | Face recognition | Fingerprint scanner

Accounts: Samsung Cloud | Add an account | Account settings | Remove an account | Backup and restore | Google settings

Backup: Samsung account | Google Account | External storage transfer | Samsung Cloud

Accessibility: Screen Reader | Visibility enhancements | Hearing enhancements | Interaction and dexterity | Advanced settings | Installed services | About Accessibility

Other: Tips and help | Dual Messenger | About phone | Learn more | Legal information

# Getting started

Folded

Unfolded

Set up your device

Start using your device



# Folded



Cover screen

- Fold the device before putting it in a bag or storing it. Do not store the device unfolded as another object could scratch or puncture the screen.
- When using a wireless charger or NFC, fold the device and place the center of the device's back on the center of the wireless charger or NFC tag.
- Do not fold the device toward the back side. The device will be damaged.
- When folding the device, do not place any objects, such as cards, coins, or keys, on the Main screen. The screen may be damaged.
- You may notice a crease at the center of the Main screen. This is a normal characteristic of the device.

Devices and software are constantly evolving — the illustrations you see here are for reference only.

2

Getting started

# Unfolded



Front camera

Volume keys

Side key/
Fingerprint
scanner

Flash

Rear cameras

USB charger/Audio port

⚠️ **WARNING**  Your device contains magnets. Keep a safe distance between your device and objects that may be affected by magnets such as credit cards and implantable medical devices. If you have an implantable medical device, consult your physician before use.

Devices and software are constantly evolving — the illustrations you see here are for reference only.

Getting started

- Covering the antennas (located on the back of the phone, at the top and bottom) with your hand may affect the performance of features such as calling, mobile data connection, Bluetooth, or Wi-Fi.
- Do not press the screen or the front camera with a hard or sharp object, such as a pen or your fingernail, or apply excessive pressure. Doing so could result in scratching or puncturing the screen.
- Do not attach adhesives such as films or stickers to the main screen.
- This device is not water or dust resistant. Do not allow any liquids or particles to enter the device.
- When using the speakers, such as when playing media files or using speakerphone, do not place the device close to your ears.
- Be careful not to expose the camera lens to a strong light source, such as direct sunlight. If the camera lens is exposed to a strong light source, such as direct sunlight, the camera image sensor may be damaged. A damaged image sensor is irreparable and will cause dots or spots in pictures.
- If you use the device with its glass or acrylic body broken, there may be a risk of injury.
- Do not unfold the device using your finger between the screen. Doing so could result in scratching or puncturing the screen.

Getting started

# Set up your device

Charge the battery | Wireless PowerShare

Your device uses a nano-SIM card. A SIM card may be preinstalled, or you may be able to use your previous SIM card. Contact your carrier for more details.



**Install SIM card**

Place the SIM card into the tray with the gold contacts facing down.

**Charge your device**

Before turning on your device, charge it fully.

 **NOTE**  Use only charging devices and batteries (if applicable) that are approved by Samsung. Samsung charging devices and batteries are designed for your device to maximize battery life. Using other charging devices and batteries may void your warranty and may cause damage.

Devices and software are constantly evolving — the illustrations you see here are for reference only.

5

Getting started

# Charge the battery

Your device is powered by a rechargeable battery. A charger (charging head and USB Type-C cable) is included with the device for charging the battery from a power outlet.

 **TIP**  While charging, the device and the charger may become hot and stop charging. This usually does not affect the device's lifespan or performance and is in the device's normal range of operation. Disconnect the charger from the device and wait for the device to cool down. For more information, visit **samsung.com/us/support/answer/ANS00076952**.

Getting started

# Wireless PowerShare

Wirelessly charge your compatible Samsung devices using your phone. Some features are not available while sharing power.



1. From Quick Settings, tap  **Wireless PowerShare** to enable this feature.
2. With the phone face down, place the compatible device on the back of the phone to charge. A notification sound or vibration occurs when charging begins.

☼ **NOTE**  Wireless PowerShare works with most Qi-Certified devices. Requires minimum 30% battery to share. Speed and power efficiency of charge varies by device. May not work with some accessories, covers, or other manufacturer's devices. If you have trouble connecting or charging is slow, remove any cover from each device. May affect call reception or data services, depending on your network environment.

For best results when using Wireless PowerShare, please note:

- Remove any accessories or cover before using the feature. Depending on the type of accessory or cover, Wireless PowerShare may not work properly.
- The location of the wireless charging coil may vary by device, so you may need to adjust the placement to make a connection. When charging starts, a notification or vibration will occur, so the notification will help you know you've made a connection.
- Call reception or data services may be affected, depending on your network environment.

Devices and software are constantly evolving — the illustrations you see here are for reference only.

- Charging speed or efficiency can vary depending on device condition or surrounding environment.
- Do not use headphones.

# Start using your device

Turn on your device | Use the Setup Wizard | Transfer data from an old device | Lock or unlock your device | Cover screen | Side key settings | Accounts | Set up voicemail | Navigation | Navigation bar | Customize your home screen | Samsung Daily | Bixby | Digital wellbeing and parental controls | Always On Display | Biometric security | Mobile continuity | Multi window | Enter text | Emergency mode

## Turn on your device

Use the Side key to turn your device on. Do not use the device if the body is cracked or broken. Use the device only after it has been repaired.

○ Press and hold the **Side** key to turn the device on.

- To turn the device off, open the Notification panel, and tap        Power ›     **Power off**. Confirm when prompted.

- To restart your device, open the Notification panel, and tap        Power ›     **Restart**. Confirm when prompted.

 **TIP**  You can also turn your device off by pressing the **Side** and **Volume down** keys at the same time. To learn more about powering off your device from Settings, tap   **Advanced features** › **Side key** › **How to power off your phone**.

## Use the Setup Wizard

The first time you turn your device on, the Setup Wizard guides you through the basics of setting up your device.

Follow the prompts to choose a default language, connect to a Wi-Fi® network, set up accounts, choose location services, learn about your device's features, and more.

Getting started

# Transfer data from an old device

Use Smart Switch™ to transfer contacts, photos, music, videos, messages, notes, calendars, and more from your old device. Smart Switch can transfer your data via USB cable, Wi-Fi, or computer. You can also use the included On-the-Go adapter to transfer content quickly and easily from your old device.

Visit **samsung.com/us/support/owners/app/smart-switch** to learn more.

1. From Settings, tap 🔑 **Accounts and backup** > **Smart Switch**.
2. Follow the prompts and select the content to transfer.



 **NOTE**  Transferring content with a USB cable may increase battery consumption. Make sure your battery is fully charged.

Visit **samsung.com/smartswitch** for more information and to learn how to use the On-the-Go adapter to transfer content faster.

Devices and software are constantly evolving — the illustrations you see here are for reference only.

# Lock or unlock your device

Use your device's screen lock features to secure your device. By default, the device locks automatically when the screen times out. For more information about screen locks, see Lock screen and security.



**Side key/
Fingerprint scanner**
Press to lock.
Press to turn on the screen, and then swipe the screen to unlock it. Use your fingerprint to unlock the screen.

Devices and software are constantly evolving — the illustrations you see here are for reference only.

10

# Cover screen

When your device is folded use the touch screen to access shortcuts without opening the device.

The following shortcuts are available:

- Press the **Side** key or double tap to wake the cover screen.
- Swipe right to view notifications.
- Tap the time to view network status.
- Swipe right to answer or left to reject an incoming call.

# Side key settings

You can customize the shortcuts assigned to the Side key.

## Double press

Choose which feature is launched when the Side key is pressed twice.

1. From Settings, tap 🟠 **Advanced features** › **Side key**.
2. Tap **Double press** to enable this feature, and tap an option:
   - Quick launch camera (default)
   - Open Bixby
   - Open app

## Press and hold

Choose which feature is launched when you press and hold the Side key.

1. From Settings, tap 🟠 **Advanced features** › **Side key**.
2. Under the Press and hold heading, tap an option:
   - Wake Bixby (default)
   - Power off menu

Getting started

# Accounts

Set up and manage your accounts.

 **TIP**  Accounts may support email, calendars, contacts, and other features. See your carrier for more information.

### Add a Google Account

Sign in to your Google Account to access your Google Cloud Storage, apps installed from your account, and make full use of your device's Android™ features.

1. From Settings, tap  **Accounts and backup** > **Accounts**.
2. Tap ✚ **Add account** > **Google**.

 **NOTE**  When you sign in to a Google Account, Factory Reset Protection (FRP) is activated. FRP requires your Google Account information when resetting to factory settings. For more information, see Factory Reset Protection.

### Add a Samsung account

Sign in to your Samsung account to access exclusive Samsung content and make full use of Samsung apps.

1. From Settings, tap  **Accounts and backup** > **Accounts**.
2. Tap ✚ **Add account** > **Samsung account**.

 **TIP**  To quickly access your Samsung account, from Settings tap 👤 **Samsung account profile**.

### Add an Outlook account

Sign in to your Outlook® account to view and manage email messages.

1. From Settings, tap 🔑 **Accounts and backup** > **Accounts**.
2. Tap ✚ **Add account** > **Outlook**.

13

Getting started

## Set up voicemail

You can set up your voicemail service when you access it for the first time. You can access voicemail through the Phone app.

1. From **Phone**, touch and hold the 1 key.
2. Follow the tutorial to create a password, record a greeting, and record your name.

Getting started

# Navigation

A touch screen responds best to a light touch from the pad of your finger or a capacitive stylus. Using excessive force or a metallic object on the touch screen may damage the tempered glass surface and void the warranty.

## Tap



Lightly touch items to select or launch them.

- Tap an item to select it.
- Double-tap an image to zoom in or out.

Devices and software are constantly evolving — the illustrations you see here are for reference only.

Getting started

## Swipe



Lightly drag your finger across the screen.

- Swipe the screen to unlock the device.
- Swipe the screen to scroll through the Home screens or menu options.

Devices and software are constantly evolving — the illustrations you see here are for reference only.

Getting started

## Drag and drop



Touch and hold an item, and then move it to a new location.

- Drag an app shortcut to add it to a Home screen.
- Drag a widget to place it in a new location.

Devices and software are constantly evolving — the illustrations you see here are for reference only.

Getting started

## Zoom in and out



Bring your thumb and forefinger together or apart to zoom in and out.

- Move your thumb and forefinger together on the screen to zoom out.
- Move your thumb and forefinger apart on the screen to zoom in.

Devices and software are constantly evolving — the illustrations you see here are for reference only.

17

Getting started

## Touch and hold



Touch and hold items to activate them.

- Touch and hold a field to display a pop-up menu of options.
- Touch and hold a Home screen to customize the Home screen.

Devices and software are constantly evolving — the illustrations you see here are for reference only.

Getting started

# Navigation bar

You may navigate your device by using either the navigation buttons or full screen gestures.



Recent apps ——————————                    —————————— Back

Home

Devices and software are constantly evolving — the illustrations you see here are for reference only.

19

## Navigation buttons

Change how the navigation icons appear along the bottom of the screen.

○ From Settings, tap ☀ Display > **Navigation bar**. The following options are available:

- **Navigation buttons**: Show the three navigation icons along the bottom of the screen.

  – **Button order**: Swap the order of the Back and Recent apps icons.

- **Full screen gestures**: Hide the navigation icons for an unobstructed screen experience, and use screen gestures to navigate. The following options are available:

  – **More options**: Configure additional options for Full screen gestures.

  – **Gesture hints**: Display lines at the bottom of the screen where each screen gesture is located.

  – **Show button to hide keyboard**: Show an icon on the bottom right corner of the screen to hide the keyboard when the phone is in portrait mode.

## Full screen gestures options

Customize your Full screen gestures even further by adjusting the sensitivity and enabling different types of gestures.

○ From Settings, tap ☀ Display > **Navigation bar** > **Full screen gestures** > **More options** for the following:

- **Swipe from bottom**: Swipe up from three different areas at the bottom of the screen to go back, go to the Home screen, or view recent apps. You can also swipe up and hold the screen to use your device assistance app.

- **Swipe from sides and bottom**: Swipe inward from either side of the screen to go back, swipe up from the bottom of the screen to go to the Home screen, and swipe up and hold the screen to view your recent apps.

  – **Back gesture sensitivity**: Drag the slider to adjust your device's sensitivity to detecting back gestures.

Getting started

# Customize your home screen

The Home screen is the starting point for navigating your device. You can place your favorite apps and widgets here, in addition to setting up additional Home screens, removing screens, changing the order of screens, and choosing a main Home screen.

App icons | Create and use folders | Wallpaper | Themes | Icons | Widgets | Home screen settings | Easy mode | Status bar | Notification panel

## App icons

Use app icons to launch an app from any Home screen.

  ○ From Apps, touch and hold an app icon, and tap 🏠 Add to Home.

To remove an icon:

  ○ From a Home screen, touch and hold an app icon, and then tap 🗑 Remove from Home.

 NOTE  Removing an icon does not delete the app, it just removes the icon from a Home screen.

## Use folders

Organize App shortcuts in folders on an Apps screen or Home screen. For more information, see Create and use folders.

## Wallpaper

Change the look of the Home and Lock screens by choosing a favorite picture, video, or preloaded wallpaper.

1. From a Home screen, touch and hold the screen, and then tap 🖼 Wallpaper.
2. Tap one of the following menus for available wallpapers:
   • **My wallpapers**: Choose from featured and downloaded wallpapers.
   • **Gallery**: Choose pictures and videos saved in the Gallery app.
   • **Wallpaper services**: Enable additional features including guide page and Dynamic Lock screen.
   • **Apply Dark mode to Wallpaper**: Enable to apply Dark mode to your wallpaper.

Getting started

- **Explore more wallpapers**: Find and download more wallpapers from Galaxy Themes.

3. Tap a picture or video to choose it.

   - If choosing a single picture, choose which screen or screens you want to apply the wallpaper to.

   - Videos and multiple pictures can only be applied to the Lock screen.

4. Tap **Set on Home screen**, **Set on Lock screen**, or **Set on Home and Lock screens** (depending on which screens are applicable).

   - If applying a wallpaper to both the Home and Lock screens, enable **Sync my edits** if you want any edits made to that wallpaper to be applied to both screens.

## Themes

Set a theme to be applied to your Home and Lock screens, wallpapers, and app icons.

1. From a Home screen, touch and hold the screen.

2. Tap    **Themes** to customize.

3. Tap a theme to preview and download it to My themes.

4. Tap 👤 **My page** ❯ **Themes** to see downloaded themes.

5. Tap a theme, and then tap **Apply** to apply the selected theme.

## Icons

Apply different icon sets to replace the default icons.

1. From a Home screen, touch and hold the screen.

2. Tap    **Themes** ❯ **Icons** to customize.

3. Tap an icon set to preview and download it to My icons.

4. Tap 👤 **My page** ❯ **Icons** to see downloaded icons.

5. Tap an icon, and then tap **Apply** to apply the selected icon set.

## Widgets

Add widgets to your home screens for quick access to info or apps.

1. From a Home screen, touch and hold the screen.
2. Tap ▦ **Widgets**, and then touch and hold a widget, drag it to a Home screen, and release it.

### Customize Widgets

Once you have added a widget, you can customize where it's located and how it functions.

○ From a Home screen, touch and hold a widget, and tap an option:
  - 🗑 **Remove from Home**: Delete a widget from your screen.
  - ⚙ **Widget settings**: Customize the function or appearance of the widget.
  - ⓘ **App info**: Review the widget usage, permissions, and more.

## Home screen settings

Customize your Home and Apps screens.

1. From a Home screen, touch and hold the screen.
2. Tap ⚙ **Home screen settings** to customize:
   - **Home screen layout**: Set your device to have separate Home and Apps screens, or only a Home screen where all apps are located.
   - **Home screen grid**: Choose a layout to determine how icons are arranged on the Home screen.
   - **Apps screen grid**: Choose a layout to determine how icons are arranged on the Apps screen.
   - **Apps button**: Add a button to the Home screen for easy access to the Apps screen.
   - **App icon badges**: Enable to show badges on apps with active notifications. You can also choose the badge style.
   - **Lock Home screen layout**: Prevent items on the Home screen from being removed or repositioned.

Getting started

- **Add apps to Home screen**: Automatically add newly-downloaded apps to the Home screen.

- **Swipe down for notification panel**: Enable this feature to open the Notification panel by swiping down anywhere on the Home screen.

- **Rotate to landscape mode**: Rotate the Home screen automatically when your device's orientation is changed from portrait to landscape.

- **Hide apps**: Choose apps to hide from the Home and App screens. Return to this screen to restore hidden apps. Hidden apps are still installed and can appear as results in Finder searches.

- **About Home screen**: View version information.

## Easy mode

The Easy mode layout has larger text and icons, making for a more straightforward visual experience. Switch between the default screen layout and a simpler layout.



Apps list

1. From Settings, tap ☼ **Display** > **Easy mode**.

2. Tap        to enable this feature. The following options appear:

   - **Touch and hold delay**: Set how long it takes for a continuous touch to be recognized as a touch and hold.

   - **High contrast keyboard**: Choose a keyboard with high contrast colors.

To disable Easy mode:

1. From Settings, tap ☼ **Display** > **Easy mode**.

2. Tap 🌙 to disable this feature.

Devices and software are constantly evolving — the illustrations you see here are for reference only.

Getting started

## Status bar

The Status bar provides device information on the right side and notification alerts on the left.

### Status icons



| Battery full | Battery low | Charging | Mute | Vibrate |

| Airplane mode | Bluetooth active | Wi-Fi active | Location active | Alarm |

### Notification icons



| Missed calls | Call in progress | Call on hold | New message | Voicemail |

| New email | Download | Upload | Wi-Fi available | App update |

Configure display options for the Status bar.

○ From Quick settings, tap **More options** > **Status bar** for the following options:

- **Show notification icons**: Choose how to display notification icons on the Status bar.
- **Show battery percentage**: Display the battery charge percentage next to the battery icon on the Status bar.

Getting started

## Notification panel

For quick access to notifications, settings, and more, simply open the Notification panel.



Quick settings

Device settings

View all

Notification cards

Devices and software are constantly evolving — the illustrations you see here are for reference only.

## View the Notification panel

You can access the Notification panel from any screen.

1. Drag the Status bar down to display the Notification panel.
2. Swipe down the list to see notification details.
   - To open an item, tap it.
   - To clear a single notification, drag the notification left or right.
   - To clear all notifications, tap **Clear**.
   - To customize notifications, tap **Notification settings**.
3. Drag upward from the bottom of the screen or tap ⟨**Back** to close the Notification panel.

## Finger sensor gestures

You can also open or close the Notification panel by swiping up or down on the fingerprint sensor.

1. From Settings, tap ✿ **Advanced features** > **Motions and gestures** > **Finger sensor gestures**.
2. Tap 🔵 to enable the feature.

## Quick settings

The Notification panel also provides quick access to device functions using Quick settings.

1. Drag the Status bar down to display the Notification panel.
2. Drag ‾ **View all** downward.
   - Tap a quick setting icon to turn it on or off.
   - Touch and hold a quick setting icon to open the setting.
   - Tap 🔍 **Finder search** to search the device.
   - Tap ⏻ **Power off** for Power off, Restart, and Emergency mode options.
   - Tap ⚙ **Open settings** to quickly access the device's settings menu.
   - Tap ⋮ **More options** to reorder Quick settings or to change the button layout.
3. Drag ‾ **View all** upward to close Quick settings.

Getting started

## Samsung Daily

The Samsung Daily page displays customized content based on your interactions.

◦  From a Home screen, swipe right.

  **TIP**  You can add a Samsung Daily icon to your Apps list. Tap    **More options** ›
**Settings** › **Add Samsung Daily icon**.

### Customize Samsung Daily

Use the More options menu to add and reorder cards, customize settings, and learn
how to use Samsung Daily.

1.  From a Home screen, swipe right.
2.  Tap    **More options** for the following options:
    • **Cards**: Tap cards to add them to your Samsung Daily page.
    • **Settings**: View the privacy policy, terms and conditions, and open source
       licensing and add a Samsung Daily icon to your Apps list.
    • **Notices**: View Samsung Daily notices.
    • **Tips**: Learn how to navigate Samsung Daily.
    • **Help**: View FAQ and email customer service.

## Bixby

Bixby is a virtual assistant that learns, evolves, and adapts to you. It learns your
routines, helps you set up reminders based on time and location, and is built in to your
favorite apps. Visit **samsung.com/us/support/owners/app/Bixby** for more information.

◦  From a Home screen, press and hold the **Side** key.

  **TIP**  You can also access Bixby from the Apps list.

### Bixby Routines

You can use Bixby to show you information or change device settings based on where
you are and what you are doing.

◦  From Settings, tap 🔶 **Advanced features** › **Bixby Routines**.

## Bixby Vision

Bixby is integrated with your Camera, Gallery, and Internet apps to give you a deeper understanding of what you see. It provides contextual icons for translation, QR code detection, landmark recognition, or shopping.

### Camera

Bixby Vision is available on the Camera viewfinder to help understand what you see.

○  From  Camera, tap **More** › **Bixby Vision** and follow the prompts.

### Gallery

Bixby Vision can be used on pictures and images saved in the Gallery app.

1. From  **Gallery**, tap a picture to view it.

2. Tap       **Bixby Vision** and follow the prompts.

### Internet

Bixby Vision can help you find out more about an image you find in the Internet app.

1. From  **Internet**, touch and hold an image until a pop-up menu is displayed.

2. Tap **Bixby Vision** and follow the prompts.

# Digital wellbeing and parental controls

You can monitor and manage your digital habits by getting a daily view of how frequently you use apps, how many notifications you receive, and how often you check your device. You can also set your device to help you wind down before going to bed.

○  From Settings, tap  **Digital wellbeing and parental controls** for the following features:

- **Screen time**: Tap the time value in the dashboard for details on how long each app has been opened and used today.

- **Notifications**: Tap to see how many notifications have been received from each app today.

- **Unlocks**: Tap to see how many times each app has been opened today.

Getting started

- **Your goals**: Set up screen time and unlock goals and view your daily averages.
- **App timers**: Set a daily limit for how long you use each app.
- **Focus mode**: Configure times and activities to avoid distractions from your phone.
- **Wind down**: Enable to turn the screen to grayscale and limit notifications before going to bed.
- **Parental controls**: Supervise your children's digital life with Google's Family Link app. You can choose apps, set content filters, keep an eye on screen time, and set screen time limits.

## Always On Display

View missed calls and message alerts, check the time and date, and view other customized information without unlocking your device using Always On Display (AOD).

1. From Settings, tap 🔒 **Lock screen** > **Always On Display**.
2. Tap 🌙 to enable the feature, and then set the following options:
   - Choose when to show a clock and notifications on the screen when your device is not in use: **Tap to show**, **Show always**, or **Show as scheduled**.
   - **Clock style**: Change the style and color options for the clock on the Lock screen and Always on Display.
   - **Show music information**: Show music details when the FaceWidgets music controller is in use.
   - **Rotate screen to**: Display the AOD in portrait or landscape mode.
   - **Auto brightness**: Automatically adjust the brightness of Always On Display.
   - **About Always On Display**: View the current software version and license information.

 **NOTE** Some display settings can appear on both the Lock screen and Always On Display.

## AOD themes

Apply custom themes for Always On Display.

1. From a Home screen, touch and hold the screen, and tap     **Themes** > **AODs**.
   - Tap an AOD to preview and download it to My Always On Displays.
2. Tap 👤 **My page** > **AODs** to see downloaded AODs.
3. Tap an AOD, and then tap **Apply**.

## Biometric security

Use biometrics to securely unlock your device and log in to accounts.

### Face recognition

You can enable Face Recognition to unlock your screen. To use your face to unlock your device, you must set a pattern, PIN, or password.

- Face recognition is less secure than Pattern, PIN, or Password. Your device could be unlocked by someone or something that looks like your image.
- Some conditions may affect face recognition, including wearing glasses, hats, beards, or heavy make-up.
- When registering your face, ensure that you are in a well-lit area and the camera lens is clean.

1. From Settings, tap 🛡 **Biometrics and security** > **Face recognition**.
2. Follow the prompts to register your face.

### Face recognition management

Customize how face recognition works.

- From Settings, tap 🛡 **Biometrics and security** > **Face recognition**.
  - **Remove face data**: Delete existing faces.
  - **Add alternative look**: Enhance face recognition by adding an alternative appearance.
  - **Face unlock**: Enable or disable face recognition security.

- **Stay on Lock screen**: When you unlock your device with face recognition, stay on the Lock screen until you swipe the screen.
- **Faster recognition**: Turn on for faster face recognition. Turn off to increase security and make it harder to unlock using an image or video of your likeness.
- **Require open eyes**: Facial recognition will only recognize your face when your eyes are open.
- **Brighten screen**: Increase the screen brightness temporarily so that your face can be recognized in dark conditions.
- **Samsung Pass**: Access your online accounts using face recognition.
- **About unlocking with biometrics**: Learn additional information about securing your device with biometrics.

## Fingerprint scanner

Use fingerprint recognition as an alternative to entering passwords in certain apps. You can also use your fingerprint to verify your identity when logging in to your Samsung account. To use your fingerprint to unlock your device, you must set a pattern, PIN, or password.

1. From Settings, tap 🛡 **Biometrics and security** › **Fingerprints**.
2. Follow the prompts to register your fingerprint.

## Fingerprint management

Add, delete, and rename fingerprints.

- ○ From Settings, tap 🛡 **Biometrics and security** › **Fingerprints** for the following options:
  - The list of registered fingerprints is at the top of this list. You can tap a fingerprint to remove or rename it.
  - **Add fingerprint:** Simply follow the prompts to register another fingerprint.
  - **Check added fingerprints**: Scan your fingerprint to see if it has been registered.

## Fingerprint verification settings

Use fingerprint recognition to verify your identity in supported apps and actions.

○ From Settings, tap 🛡 **Biometrics and security** > **Fingerprints**.

- **Fingerprint unlock**: Use your fingerprint for identification when unlocking your device.

- **Fingerprint always on**: Wake and unlock your device by just touching the Power key.

- **Samsung Pass**: Use your fingerprint for identification when using supported apps.

- **About unlocking with biometrics**: Read details on the requirements each biometric security feature has for using your pattern, PIN, or password as a backup.

## Biometrics preferences

Configure your preferences for biometric security options.



○ From Settings, tap 🛡 **Biometrics and security** > **Biometrics preferences** for the following:

- **Screen transition effect**: Show a transition effect when you use biometrics to unlock your device.

☼ NOTE  From Settings, tap 🛡 **Biometrics and security** > **Biometrics security patch** to view the software version of your device's biometric security features.

Getting started

# Mobile continuity

Phone calls, messages, photo and video storage, and other functions of your device can be accessed and integrated across compatible mobile devices and computers.

Link to Windows | Call & text on other devices

## Link to Windows

Achieve mobile continuity between your Samsung device and Windows-based PCs. Get instant access to your device's photos, messages, and more on a PC by linking your devices.

Pictures

- Drag and drop pictures to Windows.
- Open and edit pictures in the Your Photos app.
- Share images with your contacts through Windows.

Messages (SMS/MMS)

- MMS group messaging support.
- Integration with Windows Emoji Picker.
- Get a Windows pop-up when receiving a new message.

Notifications

- See and manage phone notifications from your PC.
- Exclude notifications from individual phone apps.
- Get a Windows pop-up when receiving a new notification.

App mirroring

- Live stream your phone screen on your PC.
- Interact with your phone using the keyboard and mouse.
- Use Windows Accessibility.

Getting started

## Link your device to your computer

1. From Settings, tap  **Advanced features** > **Link to Windows**.
2. Tap  to enable this feature.
3. Follow the prompts to connect your device to your PC.

☀ **TIP**  You can also enable this feature from the Quick settings menu.

## Call & text on other devices

This feature allows you to make and answer calls and text messages from your Galaxy devices that are signed in to your Samsung account.

1. From Settings, tap  **Advanced features** > **Call & text on other devices**.
2. Tap  to turn on the feature. Connection occurs automatically.
3. Sign in to your Samsung account on your Galaxy devices.

☀ **TIP**  Move your contacts from your phone to your Samsung account so you can access them on all registered devices.

Getting started

# Multi window

Multitask by using multiple apps at the same time. Apps that support Multi window™ can be displayed together on a split screen. You can switch between the apps and adjust the size of their windows.



Split screen control

1. From any screen, tap ||| **Recent apps**.
2. Tap the app icon, and then tap **Open in split screen view**.
3. Tap an app in the other window to add it to the split screen view.
   • Drag the middle of the window border to adjust the window size.

Devices and software are constantly evolving — the illustrations you see here are for reference only.

Getting started

## Multi window tray

The Multi window tray is a shortcut to apps that are compatible with Multi window.

1. From an app, swipe the handle at the edge of the screen to access the Multi window tray.

2. Tap an app to open it in Multi window.

 **TIP**  You can customize the Multi window tray. From Settings, tap ✹ **Advanced features** ⟩ **Multi window tray**.

Getting started

## Enter text

Text can be entered using a keyboard or your voice.



Expand toolbar

Devices and software are constantly evolving — the illustrations you see here are for reference only.

39

## Toolbar functions

The toolbar provides additional helpful functions.

- ○ From the Samsung keyboard, tap ●●● **Expand toolbar** for the following options:
  - • 🙂 **Bitmoji**: Create your own personal emoji and use it in stickers.
  - • 🗒 **Clipboard**: Access the clipboard.
  - • 🙂 **Emojis**: Insert an emoji.
  - • GIF **GIF keyboard**: Add animated GIFs.
  - • 🔲 **Keyboard size**: Adjust the height and width of the keyboard.
  - • ⌨ **Modes**: Select a keyboard layout.
  - • ⚡ **Mojitok**: Create your own stickers or insert automatically suggested ones.
  - • 🙂 **My Emoji**: Create your own personal emoji and use it in stickers you can share.
  - • ⓟ **Samsung Pass**: Use biometrics for secure access to apps and services.
  - • ⚙ **Settings**: Access keyboard settings.
  - • 🙂 **Stickers**: Add illustrated stickers.
  - • 🔤 **Translate**: Type words or sentences in the keyboard to translate them into another language.
  - • ⊚ **Spotify**: Add music from Spotify.
  - • 🔍 **Search**: Locate specific words or phrases in your conversations.
  - • ◂✛▸ **Text editing**: Use an editing panel to help pinpoint text that you want to cut, copy, and paste.
  - • 🎤 **Voice input**: Use Samsung voice input.

Getting started

## Configure the Samsung keyboard

Set customized options for the Samsung keyboard.

○ From the Samsung keyboard, tap ⚙ Settings for the following options:

- **Languages and types**: Set the keyboard type and choose which languages are available on the keyboard.
  - – To switch between languages, swipe the Space bar left or right.
- **Smart typing**: Use predictive text and auto-correction features to prevent common typing mistakes. Type by swiping between letters.
- **Style and layout**: Customize the appearance and function of the keyboard.
- **Swipe, touch, and feedback**: Customize gestures and feedback.
- **Reset to default settings**: Return keyboard to original settings and clear personalized data.
- **About Samsung keyboard**: View version and legal information for the Samsung keyboard.

Getting started

## Use Samsung voice input

Instead of typing, enter text by speaking.



○ From the Samsung keyboard, tap 🎤 **Voice input** and speak your text.

Devices and software are constantly evolving — the illustrations you see here are for reference only.

Getting started

## Configure Samsung voice input

Set customized options for Samsung voice input.

1. From the Samsung keyboard, tap **Voice input**.
2. Tap **Settings** for options.
   - **Keyboard language**: Choose the language for the keyboard.
   - **Voice input language**: Select the language for Samsung voice input.
   - **Hide offensive words**: Hide potentially offensive words with asterisks.
   - **About Samsung voice input**: View version and legal information for Samsung voice input.

# Emergency mode

Use Emergency mode to access helpful emergency features and conserve your device's power during an emergency situation.

To save battery power, Emergency mode:

- Restricts application usage to only essential applications and those you select.
- Turns off connectivity features and Mobile data when the screen is off.

## Activate Emergency mode

To activate Emergency mode:

1. Open the Notification panel, and tap **Power**.
2. Tap  **Emergency mode**.
   - When accessing for the first time, read and accept the terms and conditions.
3. Tap **Turn on**.

## Emergency mode features

While in Emergency mode, only the following apps and features are available on the Home screen:

- **Flashlight**: Use the device's flash as a steady source of light.
- **Emergency alarm**: Sound an audible siren.

Getting started

- **Share my location**: Send your location information to your emergency contacts.
- **Phone**: Launch the call screen.
- **Internet**: Launch the web browser.
- Add
  - **Calculator**: Launch the Calculator app.
  - **Clock**: Launch the Clock app.
  - **Maps**: Launch Google Maps™.
  - **Outlook**: Launch the Outlook app.
  - **Samsung Notes**: Launch the Samsung Notes app.
- **Battery charge**: Displays estimated battery charge percentage.
- **Estimated battery life**: Displays estimated remaining battery charge time based on current battery charge and usage.
- **Emergency call**: Dial the emergency telephone number (for example, 911). This kind of call can be made even without activated service.
- More options:
  - **Turn off Emergency mode**: Disable Emergency mode and return to standard mode.
  - **Remove apps**: Choose apps to remove from the screen.
  - **Emergency contacts:** Manage your medical profile and ICE (In Case of Emergency) group contacts.
  - **Settings**: Configure the available settings. Only a limited number of settings are enabled in Emergency mode.

## Turn off Emergency mode

When emergency mode is turned off, the device returns to standard mode.

○ Tap   **More options**, and tap **Turn off Emergency mode**.

 NOTE  When Emergency mode is activated, Locating method is set to Battery saving. After Emergency mode is turned off, you may need to adjust your location settings. For more information, see Location.

44

# Camera and Gallery

You can capture high-quality pictures and videos using the Camera app. Images and videos are stored in the Gallery, where you can view and edit them.



 Camera

Navigate the camera screen | Configure shooting mode | AR Zone | Live focus | Scene optimizer | Record videos | Live focus video | Zoom-in mic | Super Slow-mo | Super steady | Camera settings

Gallery

View pictures | Edit pictures | Play video | Video enhancer | Edit video | Share pictures and videos | Delete pictures and videos | Create movie | Take a screenshot | Screen recorder

Camera and Gallery

#  Camera

Enjoy a full kit of pro lenses and pro-grade video modes and settings.

○ From Apps, tap  **Camera**.

☼ **TIP**  If Quick launch is enabled, quickly press the **Side** key twice.



Devices and software are constantly evolving — the illustrations you see here are for reference only.

Camera and Gallery

# Navigate the camera screen

Take stunning pictures with your device's front and rear cameras.

1. From ■ **Camera**, set up your shot with the following features:
   - Tap the screen where you want the camera to focus.
     – When you tap the screen, a brightness scale appears. Drag the circle to adjust the brightness.
   - To quickly switch between the front and rear cameras, swipe the screen up or down.
   - To change to a different shooting mode, swipe the screen right or left.
   - To change camera settings, tap     **Settings**.
2. Tap     **Capture**.

# Configure shooting mode

Allow the camera to determine the ideal mode for your pictures or choose from several shooting modes.

   ◌ From ■ **Camera**, swipe the screen right and left to change shooting modes.
   - **Photo**: Allow the camera to determine the ideal settings for pictures.
   - **Video**: Allow the camera to determine the ideal settings for videos.
   - **Live focus**: Take artistic pictures by adjusting the depth of field.
   - **Live focus video**: Record artistic videos with adjustable depths of focus.
   - **More**: Choose other available shooting modes. Tap     **Edit** to drag modes into or out of the Modes tray at the bottom of the Camera screen.
     – **Pro**: Manually adjust the ISO sensitivity, exposure value, white balance, and color tone while taking pictures.
     – **Panorama**: Create a linear image by taking pictures in either a horizontal or vertical direction.
     – **Food**: Take pictures that emphasize the vivid colors of food.
     – **Night**: Use this to take photos in low-light conditions, without using the flash.

- **Super slow-mo**: Record videos at an extremely high frame rate for viewing in high quality slow motion. You can play a specific section of each video in slow motion after recording it.

- **Slow motion**: Record videos at a high frame rate for viewing in slow motion.

- **Hyperlapse**: Create a time lapse video by recording at various frame rates. The frame rate is adjusted depending on the scene being recorded and the movement of the device.

- **Pro video**: Manually adjust the ISO sensitivity, exposure value, white balance, and color tone while recording videos.

## AR Zone

Access all of your Augmented Reality (AR) features in one place.

○ From  **Camera**, swipe to **More**, and then tap **AR Zone**. The following features are available:

- **AR Emoji Camera**: Use the camera to create your My Emoji avatar.

- **AR Doodle**: Enhance videos by adding line drawings or handwriting to your environment. AR Doodle tracks faces and space so they move with you.

- **AR Emoji Studio**: Use AR tools to create and customize your My Emoji avatar.

- **AR Emoji Stickers**: Add AR stickers to your My Emoji avatar.

- **Deco Pic**: Decorate photos or videos in real time with the camera.

- **Makeup**: Preview makeup styles using the camera.

- **Styling**: Try on sunglasses using the camera.

## Live focus

Add interactive focus effects to your pictures.

1. From  **Camera**, swipe to **Live focus**.

2. Tap  **Live focus effect**, choose an effect, and drag the slider to fine-tune the effect.

48

## Scene optimizer

Automatically adjust exposure, contrast, white balance, and more based on what is detected in the camera frame to help you capture beautiful photos.

○ From  **Camera**, swipe to **Photo**, and tap 🌀 **Scene optimizer**.

💡 NOTE  The Scene optimizer is only available when using the rear camera. The Scene optimizer icon will change automatically based on what the camera detects, such as 🌱 when taking nature photos or 🌙 when taking photos in a dark setting.

## Record videos

Record high-quality videos using your device.

1. From ▣ **Camera**, swipe right or left to change the shooting mode to **Video**.

2. Tap ● **Capture** to begin recording a video.

   • To take a picture while recording, tap ▣ **Capture**.

   • To temporarily stop recording, tap ⏸ **Pause**. To continue recording, tap ◉ **Resume**.

3. Tap ◼ **Stop** when you are finished recording.

## Live focus video

Create professional-looking films by applying background blurs and other special effects to your video. This feature cannot be used with zoom, Zoom-in mic, or Super steady.

1. From ▣ **Camera**, swipe to **Live focus video**.

2. Tap ◉ **Live focus effect**, choose an effect, and drag the slider to fine-tune the effect.

3. Tap ● **Capture** to begin recording.

## Super Slow-mo

Record videos at a high frame rate for viewing in slow motion.

1. From  **Camera**, swipe to **More**, and then tap **Super slow-mo**.
2. Tap 🔴 **Super Slow-mo** to record.

🔆 **TIP**  Hold your device steady for best results.

## Super steady

Super steady applies advanced stabilization algorithms to your video for a smooth, professional appearance, even in heavy motion situations. This feature cannot be used with Zoom-in mic, Live focus video, Slow motion, or the front camera.

1. From 📷 **Camera**, swipe to change the shooting mode to **Video**.
2. Tap       **Super steady**.
3. Tap 🔴 **Capture** to begin recording.

## Camera settings

Use the icons on the main camera screen and the settings menu to configure your camera's settings.

○ From 📷 **Camera**, tap       **Settings** for the following options:

  **Intelligent features**

  • **Scene optimizer**: Automatically adjust the color settings of your pictures to match the subject matter.

  • **Shot suggestions**: Get tips to help you choose the best shooting mode.

  • **Smart selfie angle**: Automatically switch to a wide-angle selfie when there are more than two people in the frame.

  • **Scan QR codes**: Automatically detect QR codes when using the camera.

Camera and Gallery

Pictures

- **Swipe Shutter button to edge to**: Choose to either take a burst shot or create a GIF when you swipe the shutter to the nearest edge.
- **Save options**: Choose file formats and other saving options.
  - **HEIF pictures (Photo)**: Save pictures as high efficiency images to save space. Some sharing sites may not support this format.
  - **Save RAW copies**: Save JPEG and RAW copies of pictures taken in Pro mode.
  - **Ultra wide shape correction**: Automatically correct distortion in pictures taken with the ultra wide lens.

Videos

- **Rear video size**: Select a resolution. Selecting a higher resolution for higher quality requires more memory.
- **Front video size**: Select a resolution. Selecting a higher resolution for higher quality requires more memory.
- **Advanced recording options**: Enhance your videos with advanced recording formats.
  - **High efficiency video**: Record videos in HEVC format to save space. Other devices or sharing sites may not support playback of this format.
  - **HDR10+ video**: Optimize videos by recording in HDR10+. Playback devices must support HDR10+ video.
- **Video stabilization**: Activate anti-shake to keep the focus steady when the camera is moving.

Useful features

- **Auto HDR**: Capture more detail in the bright and dark areas of your shots.
- **Tracking auto-focus**: Keep a moving subject in focus.
- **Pictures as previewed**: Save selfies as they appear in the preview without flipping them.
- **Grid lines**: Display viewfinder grid lines to help compose a picture or video.
- **Location tags**: Attach a GPS location tag to the picture.

Camera and Gallery

- **Shooting methods**:
  - **Press Volume key to**: Use the Volume key to take pictures, record video, zoom, or control system volume.
  - **Voice control**: Take pictures speaking key words.
  - **Floating shutter button**: Add an extra shutter button that you can move anywhere on the screen.
  - **Show palm**: Hold your hand out with your palm facing the camera to have your picture taken in a few seconds.
- **Tabletop layout**: Split the screen into top and bottom halves when the phone is folded upright.
- **Shutter sound**: Play a tone when taking a picture.
- **Reset settings**: Reset the camera settings.
- **About Camera**: View app and software information.

Camera and Gallery



Go to the Gallery to look at the all the visual media stored on your device. You can view, edit, and manage pictures and videos.

○ From Apps, tap  **Gallery**.

Sort images into custom albums

Customize collections of pictures and videos

View pictures and videos

Share pictures and videos

Devices and software are constantly evolving — the illustrations you see here are for reference only.

Camera and Gallery

# View pictures

Pictures stored on your device are viewable in the Gallery app.

1. From ✺ **Gallery**, tap **Pictures**.

2. Tap a picture to view it. Swipe left or right to view other pictures or videos.

   - To use Bixby Vision on the current picture, tap 👁 **Bixby Vision**. For more information, see Bixby.

   - To mark the picture as a favorite, tap ♡ **Favorite**.

   - To access the following features, tap ⋮ **More options**:

     – **Details**: View and edit information about the picture.

     – **Set as wallpaper**: Set the picture as wallpaper.

     – **Set as Always On Display image**: Set the picture as the background image for the Always On Display.

     – **Move to Secure Folder**: Move the picture to a Secure Folder.

     – **Print**: Send the picture to a connected printer.

# Edit pictures

Enhance your pictures using the Gallery's editing tools.

1. From ✺ **Gallery**, tap **Pictures**.

2. Tap a picture to view it, and then tap ✐ **Edit** for the following options:

   - ⬡ **Transform**: Rotate, flip, crop, or make other changes to the overall appearance of the picture.

   - ⬡ **Filters**: Add color effects.

   - ◍ **Tone**: Adjust the brightness, exposure, contrast, and more.

   - ☺ **Sticker**: Overlay illustrated or animated stickers.

   - T **Text**: Add text to the picture.

   - ✎ **Draw**: Add handwritten text or hand drawn content.

3. Tap **Save** when finished.

Camera and Gallery

## Play video

View the videos stored on your device. You can save videos as favorites, and view video details.

1. From ✿ **Gallery**, tap **Pictures**.

2. Tap a video to view it. Swipe left or right to view other pictures or videos.
   • To mark the video as a favorite, tap ♡ **Favorite**. The video is added to Favorites under the Albums tab.
   • To access the following features, tap ⋮ **More options**:
     – **Details**: View and edit information about the video.
     – **Set as wallpaper**: Set the video as wallpaper on the Lock screen.
     – **Move to Secure Folder**: Add this video to your Secure Folder.

3. Tap ▶ **Play video** to play the video.

## Video enhancer

Enhance the image quality of your videos to enjoy brighter and more vivid colors.

1. From Settings, tap ✿ **Advanced features** > **Video enhancer**.

2. Tap ◖ to enable this feature.

## Edit video

Edit videos stored on your device.

1. From ✿ **Gallery**, tap **Pictures**.

2. Tap a video to view it.

3. Tap ✐ **Edit** to use the following tools:
   • ↻ **Rotate**: Rotate the video clockwise.
   • ✂ **Trim**: Cut segments of the video.
   • ⊗ **Filters**: Add visual effects to the video.
   • ☺ **Portrait**: Enhance skin tones, eyes, and other facial features.
   • T **Text**: Add text to your videos.
   • ☺ **Sticker**: Overlay illustrated or animated stickers.

Camera and Gallery

- 🎨 **Draw**: Draw on your video.
- 🔊 **Speed**: Adjust the play speed.
- 🎵 **Audio**: Adjust the volume levels and add background music to the video.

4. Tap **Save**, and then confirm when prompted.

## Share pictures and videos

Share pictures and videos from the Gallery app.

1. From 🔴 **Gallery**, tap **Pictures**.
2. Tap ⋮ **More options** > **Share**, and then tap pictures and videos to select them.
3. Tap ⌁ **Share**, and then choose an app or connection to use for sharing your selection. Follow the prompts.

## Delete pictures and videos

Delete pictures and videos stored on your device.

1. From 🔴 **Gallery**, tap ⋮ **More options** > **Edit**.
2. Tap pictures and videos to select them, or tap the **All** checkbox at the top of the screen to select all pictures and videos.
3. Tap 🗑 **Delete**, and confirm when prompted.

## Create movie

Share pictures and videos from the Gallery app by creating a slideshow of your content with video effects and music.

1. From 🔴 **Gallery**, tap 🎬 **Create movie**.
2. Tap pictures and videos to add them to the movie.
3. Tap 🎬 **Create movie** and then choose either **Highlight reel** (automatic slideshow) or **Self-edited** (custom slideshow). The following options are available:
   - 🕐 **Duration**: Adjust the run time of the entire movie (**Highlight reel** only).
   - ⊟ **Transition effect**: Add visual interest to your movie by customizing the transitions between each clip (**Self-edited** only).

Camera and Gallery

- ⊡ᴛ **Title**: Add a title and a description to your movie.
- ♪ **Audio**: Adjust the volume of your movie, add sounds effects, or add music.
- ▶ᵢ **Clips**: View and edit each video or picture in your movie.
- ╋ **Add**: Incorporate additional clips from the gallery (**Self-edited** only).
- **Share**: Send your movie to friends and family.

4. Tap **Save**.

## Take a screenshot

Capture an image of your screen. Your device will automatically create a Screenshots album in the Gallery app.

○ From any screen, press and release the **Side** and **Volume down** keys.

## Screen recorder

Record activities on your device, write notes, and use the camera to record a video overlay of yourself to share with friends or family.

1. From Quick Settings, tap 🔵 **Screen recorder** to begin recording.
   - Tap ✏ **Draw** to draw on the screen.
   - Tap 👤 **Selfie video** to include a recording from your front camera.

2. Tap ⬤ **Stop** to finish recording. These are automatically saved to the Screen recording album in the Gallery.

### Screen recorder settings

Control the sound and quality settings for the screen recorder.

○ From Settings, tap 🌼 **Advanced features** > **Screenshots and screen recorder** > **Screen recorder settings**.

- **Sound**: Choose what sounds to record while using the screen recorder.
- **Video quality**: Select a resolution. Selecting a higher resolution for higher quality requires more memory.
- **Selfie video size**: Drag the slider to set the size of the video overlay.

# Apps

Using apps

Samsung apps

Google apps

Microsoft apps



Apps

# Using apps

Download apps | Uninstall or disable apps | Search for apps | Sort apps | Create and use folders | Game Booster | App settings

## Download apps

The Apps list displays all preloaded and downloaded apps. Apps can be downloaded from Galaxy Store and the Google Play™ store.

○ From a Home screen, swipe the screen upward to access the Apps list.

## Uninstall or disable apps

Installed apps can be removed from your device. Some apps that are preloaded (available on your device by default) can only be disabled. Disabled apps are turned off and hidden from the Apps list.

○ From Apps, touch and hold an app, and tap **Uninstall/Disable**.

## Search for apps

If you are not sure where to find an app or a setting, you can use the Search feature.

1. From Apps, tap **Search**, and enter a word or words. As you type, matching apps and settings appear as results on the screen.

2. Tap a result to go to that app.

TIP You can customize the search settings by tapping More options > Finder settings.

| Apps

## Sort apps

App shortcuts can be listed alphabetically or in your own custom order.

- ○ From Apps, tap ⋮ **More options** > **Sort** for the following sorting options:
  - **Custom order**: Arrange apps manually.
  - **Alphabetical order**: Sort apps alphabetically.

☀ **TIP**  When apps are arranged manually (Custom order), empty icon spaces can be removed by tapping ⋮ **More options** > **Clean up pages**.

## Create and use folders

You can make folders to organize App shortcuts on the Apps list.

1. From Apps, touch and hold an app shortcut, and then drag it on top of another app shortcut until it is highlighted.
2. Release the app shortcut to create the folder.
   - **Folder name**: Name the folder.
   - **Palette**: Change the folder color.
   - ➕ **Add apps**: Place more apps in the folder. Tap apps to select them, and then tap **Done**.
3. Tap ‹ **Back** to close the folder.

### Copy a folder to a Home screen

You can copy a folder to a Home screen.

- ○ From Apps, touch and hold a folder, and tap  **Add to Home**.

### Delete a folder

When you delete a folder, the app shortcuts return to the Apps list.

1. From Apps, touch and hold a folder to delete.
2. Tap 🗑 **Delete folder**, and confirm when prompted.

Apps

## Game Booster

Get optimized performance while playing games based on usage. Block calls or other notifications, and enable features such as Bixby or Dolby Atmos.

○ While playing a game, swipe up from the bottom of the screen to view the navigation bar. The following options are seen on the far right and left sides:

• **Screen touch lock**: Lock the screen to prevent accidental taps. This is the default option.

• **Game Booster**: Configure other options, including performance monitoring and blocking the navigation bar, screen touches, and screenshots.

## App settings

Manage your downloaded and preloaded apps. Options vary by app.

1. From Settings, tap **Apps**.

2. Tap **More options** for the following options:

   • **Sort by**: Sort the apps by size, name, last used, or last updated.

   • **Default apps**: Choose or change apps that are used by default for certain features, like email or browsing the Internet.

   • **Permission manager**: Control which apps have permissions to use certain features of your device.

   • **Show/Hide system apps**: Show or hide system (background) apps.

   • **Special access**: Select which apps can have special access permissions to features on your device.

   • **Reset app preferences**: Reset options that have been changed. Existing app data is not deleted.

3. Tap an app to view and update information about the app. The following options may be displayed:

   **Usage**

   • **Mobile data**: View mobile data usage.

   • **Battery**: View battery usage since the last full charge.

- **Storage**: Manage the app's storage usage.
- **Memory**: View memory usage.

App settings

- **Notifications**: Configure notifications from the app.
- **Permissions**: View permissions granted to the app for access to your device's information.
- **Set as default**: Set the app as a default for a certain category of apps.

Advanced

- Options vary by app.

App info options

- **Open**: Launch the app. Not all apps have this option.
- **Uninstall/Disable**: Uninstall or disable the app. Some preloaded apps can only be disabled, not uninstalled.
- **Force stop**: Stop an app that is not working correctly.

# Samsung apps

The following apps are either preloaded or downloaded over-the-air to your device during setup.

Galaxy Essentials | AR Zone | Bixby | Galaxy Store |Galaxy Wearable | Game Launcher | Samsung Global Goals | Samsung Members | SmartThings | Tips | Calculator | Calendar | Clock | Contacts | Internet | Messages | My Files | Phone | Samsung Health | Samsung Notes | Samsung Pay

## Galaxy Essentials

Galaxy Essentials is a collection of specially chosen applications available through Samsung apps. You can access and download a collection of premium content.

○ From Apps, tap  **More options** > **Galaxy Essentials**.

 ## AR Zone

Access all of your Augmented Reality (AR) features in one place.

For more information, see AR Zone.

○ From Apps, tap **Samsung** folder >  **AR Zone**.

## Bixby

Bixby displays customized content based on your interactions. Bixby learns from your usage patterns and suggests content you may like.

For more information, see Bixby.

○ From Apps, tap **Samsung** folder >  **Bixby**.

## Galaxy Store

Find and download premium apps that are exclusive to Galaxy devices. A Samsung account is required to download from Galaxy Store.

○ From Apps, tap  **Galaxy Store**.

Apps

## Galaxy Wearable

Connect your device to your Samsung Watch using this application.

For more information, visit **samsung.com/us/support/owners/app/galaxy-wearable-watch**.

○ From Apps, tap **Wear Galaxy Wearable**.

## Game Launcher

Automatically arrange all your games in one place. For more information on Game Launcher, visit **samsung.com/us/support/owners/app/game-launcher**.

○ From Apps, tap **Game Launcher**.

 TIP  If Game Launcher is not seen in the Apps list, then from Settings, tap **Advanced features** > **Game Launcher**, and then tap .

## Samsung Global Goals

Learn more about the Global Goals initiative and contribute towards donations that support these causes with ads from this app.

○ From Apps, tap **Samsung Global Goals**.

## Samsung Members

Get more and do more from your Galaxy device. Enjoy DIY support tools and exclusive experiences and content — for Samsung members only. Samsung Members may be preloaded on your device, or you can download and install it from Galaxy Store or the Google Play store.

○ From Apps, tap **Samsung** folder > **Samsung Members**.

Apps

 ## SmartThings

SmartThings allows you to control, automate, and monitor your home environment through a mobile device to fit your specific needs. You can use the app to connect multiple devices at once or one device at a time. Check the status of your devices by looking at the dashboard.

○ From Apps, tap **Samsung** folder ＞   **SmartThings**, and sign in with your Samsung account.

 **NOTE**  Non-Samsung connected device errors or defects are not covered by the Samsung warranty; contact the non-Samsung device manufacturer for support.

## Tips

View tips and techniques as well as the user manual for your device.

For more information, see Tips and help.

○ From Apps, tap **Samsung** folder ＞  **Tips**.

Apps

# Calculator

The Calculator app features both basic and scientific math functions, as well as a unit converter.

○ From Apps, tap **Calculator**.



**Unit converter**
Convert between measurements.

**History**
View past calculations.

**Scientific mode**
If the icon is not visible, turn your device to landscape.

Devices and software are constantly evolving — the illustrations you see here are for reference only.

Apps

# Calendar

The Calendar app can be connected to your various online accounts to consolidate all your calendars in one place.

○ From Apps, tap  Calendar.



Navigation drawer

Go to today's date

Tap to view event

Stickers

Create new event

Devices and software are constantly evolving — the illustrations you see here are for reference only.

67

Apps

## Add calendars

Add your accounts to the Calendar app.

1. From  **Calendar**, tap ☰ **Navigation drawer**.
2. Tap ⚙ **Settings** > **Add new account** and select an account type.
3. Enter your account information and follow the prompts.

☼ **TIP**  Accounts may also support email, contacts, and other features.

## Subscription calendars

Subscribe to calendars that match your interests, you can easily find a variety of upcoming events and add them to your schedule.

1. From ① **Calendar**, tap ☰ **Navigation drawer**.
2. Tap **Subscribe to your interests** and follow the prompts.

## Calendar alert style

Alerts from the Calendar app can be set to different styles.

1. From ① **Calendar**, tap ☰ **Navigation drawer** > ⚙ **Settings** > **Alert style**. The following options are available:
   • **Light**: Receive a notification and hear a short sound.
   • **Medium**: Get a full screen alert and hear a short sound.
   • **Strong**: Get a full-screen alert and ring sound that persist until dismissed.
2. Depending on the alert style selected above, the following sound options are available:
   • **Ring once sound**: Choose the alert sound for Light or Medium alert styles.
   • **Keep ringing sound**: Choose the alert sound for the Strong alert style.

## Create an event

Use your Calendar to create events.

1. From ① **Calendar**, tap ➕ **Add event** to add an event.
2. Enter details for the event, and then tap **Save**.

Apps

## Delete an event

Delete events from your Calendar.

1. From  **Calendar**, tap an event, and tap again to edit it.

2. Tap **Delete**, and confirm when prompted.

Apps

# Clock

The Clock app offers features for keeping track of time and setting alarms.

- ○ From Apps, tap ⊕ **Clock**, and tap a tab to use a feature.



Create new alarm

Turn alarm on or off

Devices and software are constantly evolving — the illustrations you see here are for reference only.

Apps

## Alarm

Use the Alarm tab to set one-time or recurring alarms and choose options for how to be notified.

1. From **⊙ Clock**, tap     **Add alarm**.

2. Tap the following items to configure an alarm:

    - **Time**: Set a time for the alarm.

    - **Day**: Choose the days for this alarm.

    - **Alarm name**: Enter a name for the alarm.

    - **Alarm sound**: Choose a sound to play for the alarm and drag the slider to set the volume of the alarm.

    - **Vibration**: Choose whether the alarm uses vibration alert.

    - **Snooze**: Allow snoozing. Set interval and repeat values for the alarm while snoozing.

3. Tap **Save** to save the alarm.

### Delete an alarm

You can delete an alarm that you created.

1. From **⊙ Clock**, touch and hold an alarm.

2. Tap     **Delete**.

Apps

## World clock

The World clock lets you keep track of the current time in multiple cities around the globe.



**Search**
Find a particular city.

**Location**
Center the globe on your current location.

**Globe**
Drag to spin and see times around the world.

**City**
View the current time and add to your list of cities.

1. From 🕐 **Clock**, tap **World clock**.
2. Tap ➕ **Add city** > **Search for a city**, and enter the name of the city.
3. Tap the city name in the list, and then tap **Add**.
   - To remove a city, touch and hold it, and tap 🗑 **Delete**.

Devices and software are constantly evolving — the illustrations you see here are for reference only.

## Time zone converter

Set a time in a city on your World clock list to see what the local times would be in the other listed cities.

1. From ⏰ **Clock**, tap **World clock**.

2. Tap **More options** > **Time zone converter**.

3. Tap **Menu** to choose a different city.

    • To add a city to the list, tap **Add city**.

4. Swipe the hours, minutes, and period (**AM** or **PM**) on the clock to set a time. Local times for the other cities listed are automatically updated.

    • To return the clock to the current time, tap **Reset**.

## Weather settings

Show weather information on your World clock.

1. From ⏰ **Clock**, tap **World clock**.

2. Tap **More options** > **Settings** > **Show weather** to enable or disable weather information.

3. Tap **Temperature** to change from Fahrenheit to Celsius.

## Stopwatch

The Stopwatch lets you time events down to a hundredth of a second.

1. From ⏰ **Clock**, tap **Stopwatch**.

2. Tap **Start** to begin timing.

    • To keep track of lap times, tap **Lap**.

3. Tap **Stop** to end timing.

    • To continue timing after stopping the clock, tap **Resume**.

    • To reset the Stopwatch to zero, tap **Reset**.

Apps

## Timer

Set a countdown timer for up to 99 hours, 59 minutes, and 59 seconds.

1. From 🕐 **Clock**, tap **Timer**.
2. Use the keypad and tap **Hours**, **Minutes**, and **Seconds** to set the Timer.
3. Tap **Start** to begin the Timer.
   - To temporarily stop the Timer, tap **Pause**. To continue, tap **Resume**.
   - To stop and reset the Timer, tap **Cancel**.

### Preset timer

Name and save preset timers.

1. From 🕐 **Clock**, tap **Timer** › **Add preset timer**.
2. Configure the countdown time and timer name.
3. Tap **Add** to save the timer.
   - To edit a saved preset timer, tap **More options** › **Edit preset timers**.

### Timer options

You can customize the Timer options.

1. From 🕐 **Clock**, tap **Timer**.
2. Tap **More options** › **Settings**.
   - **Sound**: Choose a preloaded timer sound or add your own.
   - **Vibration**: Enable to disable vibration for the timer.

## General settings

View and configure settings for all Clock tools.

- From 🕐 **Clock**, tap **More options** › **Settings**.
   - **Vibrate for alarms and timers**: Enable to always vibrate for alarms and timers if the Sound mode is set to either Mute or Vibrate.
   - **Customization Service**: Sign in to your Samsung account to customize personal content in supported apps.
   - **About Clock**: View the current software version and check for updates.

Apps

# Contacts

Store and manage your contacts. You can synchronize with personal accounts added to your device. Accounts may also support email, calendars, and other features.

○ From Apps, tap  Contacts › ⊕ **Create contact**.



Add profile picture

Add, delete, and expand fields

Devices and software are constantly evolving — the illustrations you see here are for reference only.

## Edit a contact

When editing a contact, you can tap a field and change or delete information, or you can add more fields to the contact's list of information.

1. From 🟠 **Contacts**, tap a contact.
2. Tap    Edit.
3. Tap any of the fields to add, change, or delete information.
4. Tap **Save**.

## Call or message a contact

You can quickly call or message a contact using their default phone number.

1. From 🟠 **Contacts**, tap a contact.
2. Tap 📞 **Call** or 💬 **Message**.

## Favorites

When you mark contacts as favorites, they are easily accessible from other apps.

1. From 🟠 **Contacts**, tap a contact.
2. Tap    **Add to Favorites** to mark the contact as a favorite.
   • To remove the contact from Favorites, tap ⭐ **Favorite**.

## Share a contact

Share a contact with others by using various sharing methods and services.

1. From 🟠 **Contacts**, tap a contact.
2. Tap    Share.
3. Tap either **File** or **Text**.
4. Choose a sharing method and follow the prompts.

☼ TIP  When viewing a contact, tap ▦ **QR code** to quickly share the information with friends or family. The QR code automatically updates when you change the contact information fields.

| Apps

## Direct share

Share content directly with your contacts from within any app. Once enabled, your frequent contacts are displayed in the Share window.

○ From Settings, tap 🌼 **Advanced features** > **Direct share**, and tap 🔵 to enable the feature.

## Groups

You can use groups to organize your contacts.

### Create a group

Create your own contact groups.

1. From 🟠 **Contacts**, tap ☰ **Open drawer** > **Groups**.
2. Tap **Create group**, and then tap fields to enter information about the group:
   - **Group name**: Enter a name for the new group.
   - **Group ringtone**: Customize the sounds for the group.
   - **Add member**: Select contacts to add to the new group, and then tap **Done**.
3. Tap **Save**.

### Add or remove group contacts

Add more contacts to a group, or remove contacts.

○ From 🟠 **Contacts**, tap ☰ **Open drawer** > **Groups**, and then tap a group.
   - To remove a contact, touch and hold a contact to select it, and then tap 🗑 **Remove**.
   - To add a contact, tap ✏ **Edit** > **Add member**, and then tap the contacts you want to add. When finished, tap **Done** > **Save**.

### Send a message to a group

Send a text message to members of a group.

1. From 🟠 **Contacts**, tap ☰ **Open drawer** > **Groups**, and then tap a group.
2. Tap ⋮ **More options** > **Send message**.

Apps

### Send an email to a group

Send an email to members of a group.

1. From 🧡 **Contacts**, tap ☰ **Open drawer** > **Groups**, and then tap a group.
2. Tap ⋮ **More options** > **Send email**.
3. Tap contacts to select them, or tap the **All** checkbox at the top of the screen to select all, and then tap **Done**.
   - Only group members that have an email address in their records are displayed.
4. Choose an email account and follow the prompts.

### Delete a group

Delete a group you have created.

1. From 🧡 **Contacts**, tap ☰ **Open drawer** > **Groups**, and then tap a group.
2. Tap ⋮ **More options** > **Delete**.
   - To only delete the group, tap **Group only**.
   - To delete the group and the contacts in the group, tap **Group and members**.

## Manage contacts

You can import or export contacts, as well as link multiple contacts into one contact entry.

### Import contacts

Import contacts to your device as vCard files (VCF).

1. From 🧡 **Contacts**, tap ☰ **Open drawer** > **Manage contacts**.
2. Tap **Import or export contacts**.
3. Tap **Import** and follow the prompts.

Apps

## Export contacts

Export contacts from your device as vCard files (VCF).

1. From 👤 **Contacts** tap    **Open drawer** › **Manage contacts**.
2. Tap **Import or export contacts**.
3. Tap **Export** and follow the prompts.

## Link contacts

Consolidate contact information from multiple sources into one contact by linking entries into a single contact.

1. From 👤 **Contacts**, tap the contact to select it.
2. Tap    **More options** › **Link to another contact**.
3. Tap contacts to choose them.
4. Tap **Link**.

To unlink contacts:

1. From 👤 **Contacts**, tap the contact to select it.
2. Tap    **More options** › **Add/remove linked contacts**.
3. Tap **Unlink** beside contacts to unlink them from the main contact.

## Delete contacts

Delete a single contact or multiple contacts.

1. From 👤 **Contacts**, touch and hold a contact to select it.
   • You can also tap other contacts to select them for deletion.
2. Tap    **Delete**, and confirm when prompted.

Apps

# Internet

Samsung Internet is a simple, fast, and reliable web browser for your device. Experience more secure Web browsing features with Secret Mode, Biometric Web Login, and Contents Blocker.

◦ From Apps, tap Internet.



Add to Bookmarks

Reload webpage

Access Bookmarks

Access Tabs

Navigate

 **TIP**  Visit **samsung.com/us/support/owners/app/samsung-internet** for more information.

Devices and software are constantly evolving — the illustrations you see here are for reference only.

80

Apps

## Browser tabs

Use tabs to view multiple web pages at the same time.

- From ⊙ **Internet**, tap ⬚ **Tabs** › **New tab**.
  - To close a tab, tap ⬚ **Tabs** › ✕ **Close tab**.

## Bookmarks

The Bookmarks page stores Bookmarks, Saved pages, and your browsing History.

### Open a Bookmark

Quickly launch a web page from the Bookmarks page.

1. From ⊙ **Internet**, tap ☆ **Bookmarks**.
2. Tap a bookmark entry.

### Save a web page

Saving a web page stores its content on your device so that you can access it offline.

- From ⊙ **Internet**, tap ☰ **Tools** › **Add page to** › **Saved pages**.

🔆 NOTE  To view saved web pages, tap ☰ **Tools** › **Saved pages**.

### View history

To view a list of recently visited web pages:

- From ⊙ **Internet**, tap ☰ **Tools** › **History**.

🔆 TIP  To clear your browsing history, tap ⋮ **More options** › **Clear history**.

## Share pages

Web pages can be shared with your contacts.

- From ⊙ **Internet**, tap ☰ **Tools** › **Share**, and follow the prompts.

## Secret mode

Pages viewed in Secret mode are not listed in your browser history or search history, and leave no traces (such as cookies) on your device. Secret tabs are a darker shade than the normal tab windows.

Any downloaded files remain on your device after you close the secret tab.

1. From 🔵 **Internet**, tap 🔲 **Tabs** > **Turn on Secret mode**. Tap any of the following features for additional protection:
    • Smart anti-tracking
    • Ask sites not to track me
    • Lock Secret mode
2. Tap **Start** to begin browsing in Secret mode.

To turn off Secret mode:

○ From 🔵 **Internet**, tap 🔲 **Tabs** > **Turn off Secret mode**.

## Internet settings

Modify settings associated with using the Internet app.

○ From 🔵 **Internet**, tap ☰ **Tools** > **Settings**.

Apps

# Messages

Keep in touch with your contacts by using the Messages app to share photos, send emojis, or just say a quick hello.

○ From Apps, tap 💬 **Messages** > 💬 **Compose new message**.



Add attachments ─────────────── Record voice message

## Message search

To quickly locate a message, use the search feature.

1. From 💬 **Messages**, tap 🔍 **Search**.
2. Enter keywords in the **Search** field, and then tap 🔍 **Search** on the keyboard.

Apps

## Delete conversations

You can remove your conversion history by deleting conversations.

1. From 💬 **Messages**, tap   **More options** > **Delete**.
2. Tap each conversation you want to delete.
3. Tap   **Delete**, and confirm when prompted.

## Emergency alerts

Emergency alerts notify you of imminent threats and other situations. There is no charge for receiving an Emergency alert message.

1. From 💬 **Messages**, tap   **More options** > **Settings**.
2. Tap **Emergency alert settings** to customize notifications for emergency alerts.

## Send SOS messages

Send a message with your location to designated contacts when you are in an emergency situation.

1. From Settings, tap 🌼 **Advanced features** > **Send SOS messages**, and then tap 🌙 to enable this feature.
2. Tap **Send messages to** and add recipients by creating new contacts or selecting from Contacts.
   • To include a picture from your front and rear camera, tap **Attach pictures**.
   • To include a five-second audio recording in your SOS message, tap **Attach audio recording**.
3. Press the **Side** key quickly three times to send an SOS message.

## Message settings

Configure the settings for text and multimedia messages.

○ From 💬 **Messages**, tap   **More options** > **Settings**.

Apps

 **My Files**

View and manage files stored on your device, including images, videos, music, and sound clips.

○ From Apps, tap **Samsung** folder >  **My Files**.



Devices and software are constantly evolving — the illustrations you see here are for reference only.

85

Apps

## File groups

Files stored in the device are organized into the following groups:

- **Recent files**: View recently accessed files.
- **Categories**: View your files based on the file type.
- **Storage**: View files saved on your device and cloud accounts.
  - Cloud drives vary depending on the services you sign in to.
- **Analyze storage**: See what's taking up space in your storage.

## My Files options

Use My Files options to search, edit, clear file history, and more.

- From **My Files**, the following options are available:
  - **Search**: Search for a file or folder.
  - **More options**:
    - **Clear Recent files list**: Remove the list of recently accessed files. This option is only available after a file has been opened through My Files.
    - **Analyze storage**: See what's taking up space in your storage.
    - **Trash**: Choose to restore or permanently remove files that you delete.
    - **Settings**: View settings for the app.

86

Apps

# Phone

The Phone app does more than just make telephone calls. Explore the advanced calling features. See your carrier for more information.

○ From a Home screen, tap  Phone.



Access voicemail

Access Duo

Make a call

Devices and software are constantly evolving — the illustrations you see here are for reference only.

87

# Calls

The Phone app allows you to make and answer calls from the Home screen, Recents tab, Contacts and more.

## Make a call

Use your phone to make and answer calls from a Home screen.

- ○ From 📞 **Phone**, enter a number on the keypad and tap 📞 **Call**.
  - Tap **Keypad** if the keypad is not displayed.

Enable swipe to call

Swipe a contact or number to the right to make a call.

1. From Settings, tap 🔆 **Advanced features** > **Motions and gestures** > **Swipe to call or send messages**.
2. Tap 🌙 to enable this feature.

Make a call from Recents

All incoming, outgoing, and missed calls are recorded in the Call log.

1. From 📞 **Phone**, tap **Recents** to display a list of recent calls.
2. Tap a contact, and then tap 📞 **Call**.

Make a call from Contacts

Call a contact from the Contacts app.

- ○ From 👤 **Contacts**, swipe your finger across a contact to the right to call the contact.

## Answer a call

When a call is received, the phone rings and the caller's phone number or name is displayed. If you are using an app, a pop-up screen is displayed for the incoming call.

- ○ On the incoming call screen, drag 📞 **Answer** to the right to answer the call.

🔆 **TIP** On the incoming call pop-up screen, tap 📞 **Answer** to answer the call.

Apps

### Decline a call

You can choose to decline an incoming call. If you are using an app, a pop-up screen is displayed for the incoming call.

○ On the incoming call screen, drag  **Decline** to the left to reject the call and send it to your voicemail.

☼ **TIP**  On the incoming pop-up screen, tap ☎ **Decline** to reject the call and send it to your voicemail.

### Decline with a message

You can choose to decline an incoming call with a text message response.

○ On the incoming call screen, drag **Send message** upward and select a message.

☼ **TIP**  On the incoming call pop-up screen, tap **Send message** and select a message.

### End a call

○ Tap  **End** when you are ready to end your call.

### Actions while on a call

You can adjust call volume, switch to a headset or speaker, and even multitask while on a call.

○ Press the **Volume** keys to increase or decrease the volume.

### Switch to headset or speaker

Listen to the call using the speaker or through a Bluetooth® headset (not included).

○ Tap      **Speaker** to hear the caller using the speaker or tap      **Bluetooth** to hear the caller using a Bluetooth headset.

Apps

## Multitask

If you exit the call screen to use another app, your active call is indicated in the Status bar.

To return to the call screen:

○ Drag the Status bar down to display the Notification panel and tap the call.

To end a call while multitasking:

○ Drag the Status bar down to display the Notification panel, and then tap 📞 **End call**.

## Call pop-up settings

When calls are received while using other apps, they can be displayed as pop-ups.

○ From 📞 **Phone**, tap **More options** ⟩ **Settings** ⟩ **Call display while using apps**. The following options are available:

  • **Full screen**: Display an incoming call in the full screen Phone app.

  • **Pop-up**: Display an incoming call as a pop-up at the top of the screen.

  • **Mini pop-up**: Display an incoming call as a smaller pop-up.

  • **Keep calls in pop-up**: Enable this option to keep calls in the pop-up after they are answered.

## Places

Explore nearby business and venues to get contact information and directions.

1. From 📞 **Phone**, tap **Places**.

2. Tap a category to search nearby.

3. Tap a location to view contact information and directions.

☀ **NOTE**  Location services must be enabled to use this feature.

# Manage calls

Your calls are recorded in a call log. You can set up speed dials, block numbers, and use voicemail.

## Call log

The numbers of the calls you have dialed, received, or missed are stored in the Call log.

○ From ⬤ **Phone**, tap **Recents**. A list of recent calls is displayed. If the caller is in your Contacts list, the caller's name is displayed.

## Save a contact from a recent call

Use recent call information to create a contact or update your Contacts list.

1. From ⬤ **Phone**, tap **Recents**.
2. Tap the call that contains the information that you want to save to your Contacts list, and tap ➕ **Add to contacts**.
3. Tap **Create new contact** or **Update existing contact**.

## Delete call records

To delete Call log entries:

1. From ⬤ **Phone**, tap **Recents**.
2. Touch and hold the call you want to delete from the Call log.
3. Tap 🗑 **Delete**.

## Block a number

By adding a caller to your Block list, future calls from this number are sent directly to your voicemail, and messages are not received.

1. From ⬤ **Phone**, tap **Recents**.
2. Tap the caller you want to add to the Block list.
3. Tap ⓘ **Details** > 🚫 **Block**, and confirm when prompted.

☀ **TIP**  You can also modify your Block list in Settings. From ⬤ **Phone**, tap
⋮ **More options** > **Settings** > **Block numbers**.

## Speed dial

You can assign a shortcut number to a contact for speed dialing their default number.

1. From **C** **Phone**, tap **Keypad** > **More options** > **Speed dial numbers**. The Speed dial numbers screen displays the reserved speed dial numbers.

2. Tap an unassigned number.

   • Tap **Menu** to select a different Speed dial number than the next one in sequence.

   • Number 1 is reserved for Voicemail.

3. Type in a name or number, or tap 👤 **Add from Contacts** to assign a contact to the number.

   • The selected contact is displayed in the Speed dial number box.

Make a call with Speed dial

You can make a call using Speed dial.

○ From **C** **Phone**, touch and hold the Speed dial number.

   • If the Speed dial number is more than one digit long, enter the first digits, and then hold the last digit.

Remove a Speed dial number

You can remove an assigned Speed dial number.

1. From **C** **Phone**, tap **More options** > **Speed dial numbers**.

2. Tap ━ **Delete** by the contact you want to remove from Speed dial.

## Voicemail

Use your phone's voicemail feature.

For information on setting up voicemail, see Set up voicemail.

1. From **C** **Phone**, touch and hold the 1 **1 key**.

2. Follow the voice prompts from the voicemail center.

### Emergency calls

You can dial the emergency telephone number in your region regardless of the phone's service status. If your phone is not activated, you can only make an emergency call.

1. From  **Phone**, enter the emergency telephone number (911 in North America) and tap 📞 **Call**.

2. Complete your call. During this type of call, you have access to most in-call features.

☼ **TIP**  The emergency telephone number can be dialed even if the phone is locked, allowing anyone to use your phone to call for help in an emergency. When accessed from a locked screen, only the emergency calling feature is accessible to the caller. The rest of the phone remains secured.

## Phone settings

These settings allow you to modify settings associated with the Phone app.

○ From 📞 **Phone**, tap   **More options** › **Settings**.

## Optional calling services

If available with your service plan, the following calling services are supported.

### Place a multi-party call

If your service plan supports this feature, you can make another call while a call is in progress.

1. From the active call, tap   **Add call** to dial the second call.

2. Dial the new number and tap 📞 **Call**. When the call is answered:
   • Tap   **Swap** to switch between the two calls.
   • Tap   **Merge** to hear both callers at once (multi-conferencing).

Apps

## Real Time Text (RTT)

Type back and forth in real time with the other person while on a call.

You can use RTT whenever you are calling someone whose phone also supports RTT or is connected to a teletypewriter (TTY) device. The RTT icon appears on all incoming RTT calls.

1. From Phone, tap **More options** > **Settings**.

2. Tap **Real time text** for the following options:

   - **Always visible**: Show the RTT call button on the keypad and during calls.

   - **Use external TTY keyboard**: Hide the RTT keyboard when an external TTY keyboard is connected.

   - **TTY mode**: Choose the preferred TTY mode for the keyboard in use.

**NOTE**  To use RTT, you must be connected to a 4G LTE or Wi-Fi network.

 **Samsung Health**

Use Samsung Health™ to plan, track various aspects of daily life contributing to well-being such as physical activity, diet, and sleep. For more information, visit **samsung.com/us/support/owners/app/samsung-health**.

   - From Apps, tap **Samsung** folder > Samsung Health.

**NOTE**  The information gathered from this device, Samsung Health, or related software is not intended for use in the diagnosis of disease or other conditions, or in the cure, mitigation, treatment or prevention of disease.

The accuracy of the information and data provided by this device and its related software, may be affected by factors such as environmental conditions, specific activity performed while using/wearing the device, settings of the device, user configuration/user-provided information, and other end-user interactions.

Apps

## Before you start exercising

Although the Samsung Health application is a great companion to your exercise routine, it is always best to make sure you consult with your physician before beginning any exercise regimen. While moderate physical activity, such as brisk walking, is safe for most people, health experts suggest that you talk with your doctor before you start an exercise program, particularly if you have any of the following conditions:

- Heart disease; Asthma or lung disease; Diabetes, or liver or kidney disease; and Arthritis.

Before beginning your exercise regimen check with your doctor if you have symptoms suggestive of heart, lung, or other serious disease, such as:

- Pain or discomfort in your chest, neck, jaw, or arms during physical activity;
- Dizziness or loss of consciousness;
- Shortness of breath with mild exertion or at rest, or when lying down or going to bed;
- Ankle swelling, especially at night;
- A heart murmur or a rapid or pronounced heartbeat;
- Muscle pain when walking upstairs or up a hill that goes away when you rest.

It is recommended that before engaging in an exercise routine, you consult with your doctor or medical practitioner. If you are unsure of your health status, have several health problems, or are pregnant, you should speak with your doctor before starting a new exercise program.

Apps

# Samsung Notes

Use Samsung Notes to create notes containing text, images with footnotes, voice recordings, and music. You can share your notes easily using social networking services.

Visit **samsung.com/us/support/owners/app/samsung-notes** to learn more.

○ From Apps, tap **Samsung Notes** ❯ **Create.**



Devices and software are constantly evolving — the illustrations you see here are for reference only.

96

Apps

## Create notes

Add text, images, voice recordings and more.

1. From 🟠 **Samsung Notes**, tap ➕ **Create note**.
2. When you are finished, tap **Save**.

## Edit notes

Make edits to notes you create.

1. From 🟠 **Samsung Notes**, tap a note to view it.
2. Tap 🖊 **Edit** and make changes. When you are finished, tap **Save**.

## Notes options

You can edit, sort, or manage notes.

○ From 🟠 **Samsung Notes**, tap ⋮ **More options** for the following options:
   • **Edit**: Select notes to share, delete, lock, or move.
   • **Sort**: Change the way notes are organized.
   • **View**: Switch between Grid, List, or Simple list.

## Notes menu

You can view your notes by category.

○ From 🟠 **Samsung Notes**, tap ☰ **Navigation drawer** for the following options:
   • **All notes**: View all notes.
   • **Frequently used**: Quick access to commonly used notes.
   • **Shared notebooks**: View notebooks shared with your contacts through your Samsung account.
   • **Trash**: View deleted notes for up to 15 days.
   • **Categories**: View notes by category.
   • ⚙ **Settings**: View settings for the Samsung Notes app.
   • **Manage categories**: Add, remove, and organize categories.

Apps



# Samsung Pay

Samsung Pay™ lets you make payments with your device. It is accepted almost anywhere you can swipe or tap your credit card. A Samsung account is required.

For support, visit **samsung.com/us/support/owners/app/samsung-pay**.

○ From Apps, tap **Samsung** folder >  **Samsung Pay**, and tap **Get started** and follow the prompts.

☼ **NOTE**  For added security, your credit and debit card information is not stored on a cloud service. If you are using the Samsung Pay app on multiple devices, you must sign in to the app and confirm all payment cards on each device. Some card issuers may limit the number of devices.

## Use Samsung Pay

Use Samsung Pay by opening the app and holding your device over the store's card reader.

1. From Apps, tap **Samsung** folder > **Samsung Pay**, select a card to pay with and authorize payments by scanning your finger or by entering your Samsung Pay PIN.
2. Hold your phone over the store's card reader.
   • When your payment is complete, a receipt is sent to your registered email.

☼ **NOTE**  Make sure the NFC feature is enabled on your device. For more information, see NFC and payment.

## Simple Pay

Use Simply Pay to access Samsung Pay from the Lock Screen, Home screen, or Always On Display.

1. From Apps, tap **Samsung** folder > **Samsung Pay**, tap     **Menu** > **Settings** > **Use Favorite Cards**.
2. Tap     to enable Simple Pay on each screen.

Apps

To use Simple Pay:

1. From any screen, swipe up from the bottom of the screen.
   - Your payment card and Simple Pay are displayed.
2. Drag the card down to close Simple Pay.

## Use gift cards with Samsung Pay

Purchase, send, and redeem gift cards from an expanding selection of your favorite
retailers.

To view the list of supported banks and gift card merchants, visit
**samsung.com/us/samsung-pay/compatible-cards/#bank**.

## Secure your information

Samsung Pay is designed with the latest security technology and works on most
recent Samsung Galaxy devices. Payments are authorized with your fingerprint or PIN,
and each transaction uses a unique token each time, so your device only allows
payments with your consent.

| Apps

# Google apps

Enjoy these apps from Google.

Chrome | Drive | Duo | Gmail | Google | Maps | Photos | Play Movies & TV | Play Store | YouTube | YT Music

 ## Chrome

Browse the Internet with Chrome™ and bring your open tabs, bookmarks, and address bar data from your computer to your mobile device.

Visit **support.google.com/chrome** to learn more.

 ## Drive

Open, view, rename, and share files saved to your Google Drive™ cloud account.

Visit **support.google.com/drive** to learn more.

 ## Duo

Make one-to-one video calls.

Visit **support.google.com/duo** to learn more.

 ## Gmail

Send and receive email with Google's web-based email service.

Visit **support.google.com/mail** to learn more.

 ## Google

Find online content with tools that learn what interests you. Turn on your personalized feed to receive customized content.

Visit **support.google.com/websearch** to learn more.

Apps

 **Maps**

Get directions and other location-based information. You must enable location services to use Google Maps. For more information, see Location.

Visit **support.google.com/maps** to learn more.

 **Photos**

Store and back up your photos and videos automatically to your Google Account with Google Photos™.

Visit **support.google.com/photos** to learn more.

 **Play Movies & TV**

Watch movies and TV shows purchased from Google Play. You can also view videos saved on your device.

Visit **play.google.com/store/movies** to learn more.

 **Play Store**

Find new apps, movies and TV shows, music, books, magazines, and games in the Google Play store.

Visit **support.google.com/play** to learn more.

▶ **YouTube**

Watch and upload YouTube™ videos right from your device.

Visit **support.google.com/youtube** to learn more.

⊙ **YT Music**

Stream and browse playlists, albums, and artists from YouTube Music.

Apps

# Microsoft apps

Enjoy these apps from Microsoft.

Outlook | LinkedIn | Office Mobile | OneDrive

 Outlook

Access email, calendar, contacts, tasks, and more in Outlook. See Add an Outlook account.

Visit **support.office.com/en-us/outlook** to learn more.

○ From Apps, tap **Microsoft** folder > Outlook.



Devices and software are constantly evolving — the illustrations you see here are for reference only.

102

Apps

 **LinkedIn**

Connect and network with other professionals around the world.

 **Office Mobile**

Create, view, edit, and share documents on the go.

 **OneDrive**

Store and share photos, videos, documents, and more in your free online OneDrive® account—accessible from your personal computer, tablet, or phone.

# Settings

---

Access Settings

Connections

Sounds and vibration

Notifications

Display

Device maintenance

Lock screen and security

Accounts

Accessibility

Other settings



Settings

# Access Settings

There are a couple of ways to access your device settings.

- Drag down the Status bar, and then tap **Settings**.
- From Apps, tap ⚙ **Settings**.

## Search for Settings

If you are not sure exactly where to find a certain setting, you can search for it.

1. From Settings, tap **Search**, and enter keywords.
2. Tap an entry to go to that setting.

# Connections

Manage connections between your device and a variety of networks and other devices.

Wi-Fi | Bluetooth | NFC and payment | Airplane mode | Mobile networks | Data usage | Mobile hotspot | Nearby device scanning | Connect to a printer | MirrorLink | Virtual Private Networks | Private DNS | Ethernet

## Wi-Fi

You can connect your device to a Wi-Fi network to access the Internet without using your mobile data.

1. From Settings, tap 📶 **Connections** › **Wi-Fi**, and then tap 🌙 to turn on Wi-Fi and scan for available networks.
2. Tap a network, and enter a password if required.

Settings

## Manually connect to a Wi-Fi network

If the Wi-Fi network you want is not listed after a scan, you can still connect to it by entering the information manually.

Ask the Wi-Fi network administrator for the name and password before you begin.

1. From Settings, tap  **Connections** › **Wi-Fi**, and then tap ◗ to turn on Wi-Fi.
2. Tap ➕ **Add network** at the bottom of the list.
3. Enter information about the Wi-Fi network:
   - **Network name**: Type the exact name of the network.
   - **Security**: Select a security option from the list, and enter the password if required.
   - **MAC address type**: Choose which type of MAC address to use for this connection.
   - **Auto reconnect**: Choose this option if you want to automatically reconnect to this network whenever you are in range.
   - **Advanced**: Add any advanced options, such as IP and Proxy settings.
4. Tap **Save**.

☼ **TIP** Tap 🔲 to connect to a Wi-Fi network by using your device's camera to scan a QR code.

## Advanced Wi-Fi settings

You can configure connections to various types of Wi-Fi networks and hotspots, manage saved networks and look up your device's network addresses.

1. From Settings, tap 🛜 **Connections** › **Wi-Fi**, and then tap ◗ to turn on Wi-Fi.
2. Tap ⋮ **More options** › **Advanced**.
   - **Switch to mobile data**: When enabled, your device will switch to mobile data whenever the Wi-Fi connection is unstable. When the Wi-Fi signal is strong, it switches back to Wi-Fi.
   - **Turn on Wi-Fi automatically**: Turn on Wi-Fi in frequently-used locations.
   - **Network notification**: Receive notifications when open networks in range are detected.

Settings

- **Manage networks**: View saved Wi-Fi networks and configure whether to auto reconnect to or forget individual networks.
- **Wi-Fi control history**: View apps that have recently turned your Wi-Fi on or off.
- **Hotspot 2.0**: Connect automatically to Wi-Fi networks that support Hotspot 2.0.
- **Install network certificates**: Install authentication certificates.
- **MAC address**: View your device's MAC address, which is required when connecting to some secured networks (not configurable).
- **IP address**: View your device's IP address (not configurable).

## Wi-Fi Direct

Wi-Fi Direct uses Wi-Fi to share data between devices.

1. From Settings, tap  **Connections** > **Wi-Fi**, and then tap ◖ to turn on Wi-Fi.
2. Tap ⋮ **More options** > **Wi-Fi Direct**.
3. Tap a device, and then follow the prompts to connect.

☀ **TIP**  When sharing a file, tap 📶 **Wi-Fi Direct** to use this feature.

### Disconnect from Wi-Fi Direct

Disconnect your device from a Wi-Fi Direct device.

○ From Settings, tap 📶 **Connections** > **Wi-Fi** > **Wi-Fi Direct**. Tap a device to disconnect it.

Settings

# Bluetooth

You can pair your device to other Bluetooth-enabled devices, like Bluetooth headphones or a Bluetooth-enabled vehicle infotainment system. Once a pairing is created, the devices remember each other and can exchange information without having to enter the passkey again.

1. From Settings, tap  Connections › **Bluetooth**, and then tap 🔵 to turn on Bluetooth.

2. Tap a device and follow the prompts to connect.

☀ **TIP**  When sharing a file, tap ✳ **Bluetooth** to use this feature.

## Rename a paired device

You can rename a paired device to make it easier to recognize.

1. From Settings, tap 📶 Connections › **Bluetooth**, and then tap 🔵 to turn on Bluetooth.

2. Tap ⚙ **Settings** next to the device name, and then tap **Rename**.

3. Enter a new name, and tap **Rename**.

## Unpair from a Bluetooth device

When you unpair from a Bluetooth device, the two devices no longer recognize each other.

1. From Settings, tap 📶 Connections › **Bluetooth**, and then tap 🔵 to turn on Bluetooth.

2. Tap ⚙ **Settings** next to the device, and then tap **Unpair**.

☀ **TIP**  You will need to pair with the device again in order to connect to it.

Settings

## Advanced options

Additional Bluetooth features are available in the Advanced menu.

1. From Settings, tap 📶 **Connections** > **Bluetooth**.
2. Tap **Advanced** for the following options:
   - **Phone name**: Change the name of your device for Bluetooth connections.
   - **Received files**: View a list of files received using Bluetooth.
   - **Music Share**: Let friends play music on your Bluetooth speaker or headphones.
   - **Ringtone sync**: Use the ringtone set on your phone when you receive calls through a connected Bluetooth device.
   - **Bluetooth control history**: View apps that have used Bluetooth recently.

## Dual audio

You can play audio from your device to two connected Bluetooth audio devices.

1. Connect Bluetooth audio devices to your smartphone.
2. From the Notification panel, tap ▶ **Media**.
3. Under Audio output, tap ✓ next to each audio device to play audio to them (up to two devices).

## NFC and payment

Near Field Communication (NFC) allows you to communicate with another device without connecting to a network. This technology is used by Android Beam and certain payment apps. The device that you are transferring to needs to support NFC, and it needs to be within four centimeters of your device.

- From Settings, tap 📶 **Connections** > **NFC and payment**, and then tap 🔵 to turn on this feature.

Settings

## Android Beam

Use Android Beam to share photos, contacts, or other data between NFC-enabled devices.

1. From Settings, tap  **Connections** > **NFC and payment**, and then tap ◖ to turn on NFC.

2. Tap **Android Beam**, and then tap ◖ to turn on this feature.

☼ **TIP**  When sharing a file, tap 🟦 **Android Beam** to use this feature.

## Tap and pay

Use an NFC payment app to make payments by touching your device to a compatible credit card reader.

1. From Settings, tap 🛜 **Connections** > **NFC and payment**, and then tap ◖ to turn on NFC.

2. Tap **Tap and pay** > **Payment** to see the default payment app.
   - To use another payment app when it is open instead of the default app, tap **Tap and pay with open apps**.
   - To set another payment app as the default, tap **Others**, and then tap the app you prefer.

# Airplane mode

Airplane mode disconnects your device from all networks and turns off connectivity features.

1. From Settings, tap 🛜 **Connections** > **Airplane mode**.

2. Tap ◖ to enable this feature.

Settings

# Mobile networks

Use Mobile networks to configure your device's ability to connect to mobile networks and use mobile data.

- ○ From Settings, tap 📶 **Connections** > **Mobile networks**.
  - **Roaming**: Enable or disable data while roaming on other mobile networks.
  - **VoLTE calls**: Turn on enhanced communication using LTE.
  - **Network mode**: You can select which network modes your mobile device can use.
  - **Access Point Names**: Choose or add APNs, which have the network settings your device needs to connect to your provider.
  - **Network operators**: Choose available and preferred networks.

 **TIP** Use these features to help manage connection settings that may affect your monthly bill.

# Data usage

Check your current mobile and Wi-Fi data usage. You can also customize warnings and limits.

- ○ From Settings, tap 📶 **Connections** > **Data usage**.

## Turn on Data saver

Use Data saver to reduce your data consumption by preventing selected apps from sending or receiving data in the background.

1. From Settings, tap 📶 **Connections** > **Data usage** > **Data saver**.
2. Tap 🔵 to turn on Data saver.
   - To allow some apps to have unrestricted data usage, tap **Allow app while Data saver on**, and tap 🔵 next to each app to specify restrictions.

Settings

## Monitor mobile data

You can customize your mobile data access by setting limits and restrictions.

○ From Settings, tap 📶 **Connections** > **Data usage**. The following options are available:

- **Mobile data**: Use mobile data from your plan.
- **Mobile data only apps**: Set apps to always use mobile data, even when your device is connected to Wi-Fi.
- **Alert me about data usage**: Enable alerts for when your mobile data usage reaches the amount you chose.
- **Mobile data usage**: View data usage over mobile connections over a period of time. You can view total usage as well as usage by app.
- **Billing cycle and data warning**: Change the monthly date to align with your carrier's billing date.

 **TIP** Use these features to keep an eye on your estimated data usage.

## Monitor Wi-Fi data

You can restrict Wi-Fi data access by customizing usage limits and networks.

1. From Settings, tap 📶 **Connections** > **Data usage**.
2. Tap **Wi-Fi data usage** to view data usage over Wi-Fi connections over a period of time. You can view total usage as well as usage by app.

## Mobile hotspot

Mobile hotspot uses your data plan to create a Wi-Fi network that can be used by multiple devices.

1. From Settings, tap 📶 **Connections** > **Mobile hotspot and tethering** > **Mobile hotspot**.
2. Tap 🔵 to turn on Mobile hotspot.
3. On the devices you want to connect, activate Wi-Fi and select your device's Mobile hotspot. Enter the Mobile hotspot password to connect.

- To view a list of devices that are connected to your Mobile hotspot, tap **Connected devices**.

Settings

## Change the Mobile hotspot password

You can customize your Mobile hotspot password to make it easier to remember.

1. From Settings, tap 📶 **Connections** > **Mobile hotspot and tethering** > **Mobile hotspot**.

2. Tap the password, enter a new password, and then tap **Save**.

## Configure mobile hotspot settings

You can customize your mobile hotspot's security and connection settings.

1. From Settings, tap 📶 **Connections** > **Mobile hotspot and tethering** > **Mobile hotspot**.

2. Tap ⋮ **More options** > **Configure mobile hotspot** for the following settings:
   - **Network name**: View and change the name of your Mobile hotspot.
   - **Hide my device**: Prevent your Mobile hotspot from being discoverable by other devices.
   - **Security**: Choose the security level for your Mobile hotspot.
   - **Password**: If you choose a security level that uses a password, you can view or change it.
   - **Maximum connections**: Select how many devices can connect to your Mobile Hotspot at once.
   - **Protected management frames**: Enable this feature for additional privacy protections.

## Timeout settings

You can set the Mobile hotspot to automatically turn off when there are no connected devices.

1. From Settings, tap 📶 **Connections** > **Mobile hotspot and tethering** > **Mobile hotspot**.

2. Tap ⋮ **More options** > **Timeout settings**, and then select an interval.

☀ **TIP** This feature can help you manage your data usage.

Settings

## Wi-Fi sharing

Turn on Wi-Fi sharing to quickly share your Wi-Fi network with other devices.

1. From Settings, tap 🛜 **Connections** › **Mobile hotspot and tethering** › **Mobile hotspot**.

2. Tap **More options** › **Wi-Fi sharing** to turn on this feature.

☀ **TIP**  Use this feature to share your Wi-Fi network without giving out your Wi-Fi password.

## Band

Select one of the available bandwidth options.

1. From Settings, tap 🛜 **Connections** › **Mobile hotspot and tethering** › **Mobile hotspot**.

2. Tap **Band**, and tap an option.

## Auto hotspot

Share your hotspot connection with other devices signed in to your Samsung account.

1. From Settings, tap 🛜 **Connections** › **Mobile hotspot and tethering** › **Mobile hotspot**.

2. Tap **Auto hotspot**, and tap  to enable the feature.

# Tethering

You can use tethering to share your device's Internet connection with another device.

1. From Settings, tap 🛜 **Connections** › **Mobile hotspot and tethering**.

2. Tap an option:

   • Tap **Bluetooth tethering** to share your device's Internet connection using Bluetooth.

   • Connect the computer to the device using a USB cable, and then tap **USB tethering**.

Settings

## Nearby device scanning

Easily set up connections to other available devices by turning on Nearby device scanning. This feature sends you a notification when there are available devices to connect to.

1. From Settings, tap  **Connections** > **More connection settings** > **Nearby device scanning**.
2. Tap ◐ to turn on the feature.

## Connect to a printer

Connect your device to a printer on the same Wi-Fi network to easily print documents and images from your device.

1. From Settings, tap 🛜 **Connections** > **More connection settings** > **Printing**.
2. Tap ➕ **Download plugin** and follow the prompts to add a print service.
3. Tap the print service, and then tap ⋮ **More options** > **Add printer**.

☼ **NOTE**  Not all apps support printing.

## MirrorLink

If your car is compatible with MirrorLink™ you can mirror your device's display on your car's entertainment and information screen using a USB connection.

Visit **mirrorlink.com** to learn more.

1. Connect your device to your car's system using the USB cable.
2. From Settings, tap 🛜 **Connections** > **More connection settings** > **MirrorLink**.
3. Tap **Connect to car via USB**, and follow the prompts.

Settings

# Virtual Private Networks

A Virtual Private Network (VPN) allows you to connect to a private secured network from your device. You will need the connection information from your VPN administrator.

1. From Settings, tap  Connections > More connection settings > VPN.
2. Tap  More options > Add VPN profile.
3. Enter the VPN network information provided by your network administrator, and tap Save.

☼  TIP  A secured screen lock is required to set up a VPN.

## Manage a VPN

Use the VPN settings menu to edit or delete a VPN connection.

1. From Settings, tap  Connections > More connection settings > VPN.
2. Tap  Settings next to a VPN.
3. Edit the VPN and tap Save, or tap Delete to remove the VPN.

## Connect to a VPN

Once you have set up a VPN, connecting to and disconnecting from a VPN is easy.

1. From Settings, tap  Connections > More connection settings > VPN.
2. Tap a VPN, enter your log in information, and tap Connect.
   - To disconnect, tap the VPN, and then tap Disconnect.

# Private DNS

You can configure your device to connect to a private DNS host.

1. From Settings, tap  Connections > More connection settings > Private DNS.
2. Tap one of the available options to configure a private DNS connection.
3. Tap Save.

Settings

## Ethernet

If wireless network connection is not available, you can use an Ethernet cable to connect your device to a local network.

1. Connect an Ethernet cable to your device.
2. From Settings, tap  **Connections** > **More connection settings** > **Ethernet**, and follow the prompts.

☼ **TIP**  You need an adapter (not included) to connect an Ethernet cable to your device.

# Sounds and vibration

You can control the sounds and vibrations used to indicate notifications, screen touches, and other interactions.

Sound mode | Vibrations | Volume | Ringtone | Notification sound | System sound | System sounds and vibration | Dolby Atmos | Equalizer | Headset audio options | Adapt sound | Separate app sound

## Sound mode

You can change the sound mode on your device without using the volume keys.

○ From Settings, tap  **Sounds and vibration**, and then choose a mode:

- **Sound**: Use the sounds, vibrations, and volume levels you have chosen in Sound settings for notifications and alerts.
  - **Vibrate while ringing**: Set your device to vibrate in addition to ringing when you receive a call.
- **Vibrate**: Use vibration only for notifications and alerts.
- **Mute**: Set your device to make no sounds.
  - **Temporary mute**: Set a time limit for muting the device.

☼ **TIP**  Use the sound mode setting instead of the volume keys to change the sound mode without losing your customized sound levels.

Settings

## Easy mute

Quickly mute sounds by covering the screen or turning the device over.

○ From Settings, tap 🌼 **Advanced features** > **Motions and gestures** > **Easy mute**, and tap  to enable.

# Vibrations

You can control how and when your device vibrates

1. From Settings, tap 🔊 **Sounds and vibration**.

2. Tap options to customize:

   • **Vibration pattern**: Choose from preset vibration patterns.

   • **Vibration intensity**: Set vibration intensity levels for calls, notifications, and touch interactions by dragging the sliders.

# Volume

Set the volume level for call ringtones, notifications, and other audio.

○ From Settings, tap 🔊 **Sounds and vibration** > **Volume**, and drag the sliders.

🔆 **TIP**   You can also use the **Volume** key to adjust the volume. Slide the volume controls to customize all volume options.

## Use Volume keys for media

Set the default of the Volume key to control the media volume.

1. From Settings, tap 🔊 **Sounds and vibration** > **Volume**.

2. Tap **Use Volume keys for media** to enable this feature.

Settings

## Media volume limit

Limit the maximum output of the device's volume while using headphones or Bluetooth speakers (not included).

1. From Settings, tap 🔊 **Sounds and vibration** > **Volume**.
2. Tap  **More options** > **Media volume limit**.
3. Tap 🔵 to enable this feature.
   - To set the maximum output volume, drag the **Custom volume limit** slider.
   - To require a PIN to make changes to the volume setting, tap **Set volume limit PIN**.

## Ringtone

Customize your call ringtone by choosing from preset sounds or adding your own.

1. From Settings, tap 🔊 **Sounds and vibration** > **Ringtone**.
2. Tap a ringtone to hear a preview and select it, or tap  **Add** to use an audio file as a ringtone.

## Notification sound

Choose a preset sound for all notification alerts.

1. From Settings, tap 🔊 **Sounds and vibration** > **Notification sound**.
2. Tap a sound to hear a preview and select it.

🔅 **TIP**  You can also customize notifications sounds to be unique for each app using the App settings menu.

## System sound

Choose a sound theme to use for touch interactions, charging, changing the sound mode, and Samsung Keyboard.

- From Settings, tap 🔊 **Sounds and vibration** > **System sound** and choose an available option.

Settings

# System sounds and vibration

Customize your device's sounds and vibrations for actions like tapping the screen and charging the device.

○ From Settings, tap 🔊 **Sounds and vibration** > **System sound/vibration control** for the following options:

**System sounds**

- **Touch interactions**: Play tones when you touch or tap the screen to make selections.
- **Screen lock/unlock**: Play a sound when you lock or unlock the screen.
- **Emergency tone**: Set the emergency tone to alert, vibrate, or silent.
- **Charging**: Play a sound when a charger is connected.
- **Dialing keypad**: Play a tone when dialing numbers on the Phone keypad.
- **Samsung keyboard**: Play a sound when typing with the Samsung keyboard.

**System vibration**

- **Touch interactions**: Vibrate when you tap navigation buttons or touch and hold items on the screen.
- **Samsung keyboard**: Vibrate when typing with the Samsung keyboard.

# Dolby Atmos

Enjoy Dolby Atmos quality when playing content that was specifically mixed for Atmos. This feature may only be available with a headset connected.

1. From Settings, tap 🔊 **Sounds and vibration** > **Sound quality and effects**.
2. Tap **Dolby Atmos** to experience breakthrough audio that flows above and around you.

# Equalizer

Choose an audio preset that is customized to different genres of music, or manually change your audio settings.

1. From Settings, tap 🔊 **Sounds and vibration** > **Sound quality and effects**.
2. Tap **Equalizer** to choose a music genre.

Settings

# Headset audio options

Enhance the sound resolution of music and videos for a clearer listening experience. These features are only available with a headset connected.

○ From Settings, tap 🔊 **Sounds and vibration** > **Sound quality and effects**, and tap an option to turn it on:

- **UHQ upscaler**: Sharpens audio resolution for crisp sound.

# Adapt sound

Customize the sound for each ear and enhance your listening experience.

1. From Settings, tap 🔊 **Sounds and vibration** > **Sound quality and effects** > **Adapt sound.**

2. Tap the sound profile that fits you best, and tap ⚙ **Settings** to customize.

☀ **TIP** Tap ➕ **Add personalized sound profile** to take a hearing test and let your device identify the best sound for you.

# Separate app sound

You can play media sound on a speaker or headphones separate from the rest of the sounds on your device. Connect to a Bluetooth device to make this option available in the Audio device menu.

1. From Settings, tap 🔊 **Sounds and vibration** > **Separate app sound**.

2. Tap 🌙 **Turn on now** to enable Separate app sound, and then set the following options:

- **App**: Choose an app to play its sound on a separate audio device.
- **Audio device**: Choose the audio device that you want the app's sound to be played on.

Settings

# Notifications

You can prioritize and streamline app alerts by changing which apps send notifications and how notifications alert you.

Manage notifications | Customize app notifications | Smart alert | Smart pop-up view

## Manage notifications

You can configure notifications from apps and services.

○ From Settings, tap 🔲 Notifications.

- **Suggest actions and replies**: Get applicable suggestions for actions to notifications and replies to messages.

- **Show snooze option**: Get an option to snooze a notification for a later time.

- **App icon badges**: Identify which apps have active notifications with badges that appear on their icons. Tap to choose whether or not badges indicate the number of unread notifications.

- **Status bar**: Modify how many notifications appear on the Status bar.

- **Do not disturb**: Block sounds and notifications while this mode is turned on. Specify exceptions for people, apps, and alarms.

- To block notifications from an app, tap 🔵 next to the app. Tap **See all** to open the complete list of apps.

## Customize app notifications

You can change notification settings for each app.

1. From Settings, tap 🔲 Notifications > **See all**.

2. Tap an app for the following options:

- **Show notifications**: Receive notifications from this app.

- **Categories**: Configure notification options that are specific to this app.

- **App icon badges**: Show a badge on the icon when there are notifications.

Settings

## Smart alert

You can set the device to notify you about missed calls and messages by vibrating when you pick it up.

○ From Settings, tap 🌼 **Advanced features** > **Motions and gestures** > **Smart alert**, and tap 🔵 to enable.

## Smart pop-up view

Receive notifications as icons that can be tapped and expanded in pop-up view.

○ From Settings, tap 🌼 **Advanced features** > **Smart pop-up view**, and tap 🔵 to enable.

Settings

# Display

You can configure the screen brightness, timeout delay, font size, and many other display settings.

Dark mode | Screen brightness | Blue light filter | Screen mode | Font size and style | Screen zoom | Full screen apps | Screen timeout | Accidental touch protection | Touch sensitivity | Show charging information | Screen saver | Reduce animations | Lift to wake | Double tap to wake | Smart stay | One-handed mode

## Dark mode

Dark mode allows you to switch to a darker theme to keep your eyes more comfortable at night, darkening white or bright screens and notifications.

○ From Settings, tap ☀ Display, and select one of the following options:

- **Light**: Apply a light color theme to your device (Default).
- **Dark**: Apply a dark color theme to your device.
- **Dark mode settings:** Customize when and where Dark mode is applied.
  - **Turn on as scheduled**: Configure Dark mode for either **Sunset to sunrise** or **Custom schedule**
  - **Apply to wallpaper**: Apply Dark mode settings to the wallpaper when it is active.
  - **Adaptive color filter**: Turn on Blue light filter automatically between sunset and sunrise to reduce eye strain.

## Screen brightness

Adjust the screen brightness according to lighting conditions or personal preference.

1. From Settings, tap ☀ Display.
2. Customize options under Brightness:
   - Drag the **Brightness** sliders to set a custom brightness level.
   - Tap **Adaptive brightness** to automatically adjust the screen brightness based on the lighting conditions.

# Blue light filter

The Blue light filter can help you sleep better if you use your device at night. You can set a schedule to automatically turn this feature on and off.

○ From Settings, tap ☀ **Display** > **Blue light filter**, and then choose one of the following options:

- Drag the **Opacity** slider to set the opacity of the filter.
- Tap **Turn on now** to enable this feature.
- Tap **Turn on as scheduled** to set a schedule for when Blue light filter should be enabled. You can choose **Sunset to sunrise** or **Custom schedule**.

# Screen mode

Your device has several screen mode options which adjust the screen quality for different situations. You can select the mode according to your preference.

1. From Settings, tap ☀ **Display** > **Screen mode**.
2. Tap an option to set a different screen mode.

# Font size and style

You can change the font size and style to customize your device.

○ From Settings, tap ☀ **Display** > **Font size and style** for the following options:

- Tap **Font style** to choose a different font.
  - Tap a font to select it, or tap ➕ **Download fonts** to add fonts from Galaxy Store.
- Tap **Bold font** to make all fonts appear with bold weight.
- Drag the **Font size** slider to adjust the size of text.

# Screen zoom

Adjust the zoom level to increase or decrease the size of content on the screen.

1. From Settings, tap ☀ **Display** > **Screen zoom**.
2. Drag the **Screen zoom** slider to adjust the zoom level.

Settings

# Full screen apps

You can choose which apps you want to use in the full screen aspect ratio.

- ○ From Settings, tap 🔅 **Display** › **Full screen apps** and tap apps to enable this feature.

# Screen timeout

You can set the screen to turn off after a set amount of time.

- ○ From Settings, tap 🔅 **Display** › **Screen timeout**, and tap a time limit to set it.

🔆 **NOTE**  Prolonged display of non-moving images, excluding Always On Display, may result in permanent ghost-like afterimages or degraded image quality. Turn off the display screen when not in use.

# Accidental touch protection

Prevent the screen from detecting touch input while the device is in a dark place, such as a pocket or a bag.

- ○ From Settings, tap 🔅 **Display** › **Accidental touch protection** to enable or disable the feature.

# Touch sensitivity

Increase the touch sensitivity of the screen for use with screen protectors.

- ○ From Settings, tap 🔅 **Display** › **Touch sensitivity** to enable.

# Show charging information

Battery level and estimated time until the device is fully charged can be displayed when the screen is off.

- ○ From Settings, tap 🔅 **Display** › **Show charging information** to enable.

Settings

# Screen saver

You can display colors or photos when the screen turns off or while charging.

1. From Settings, tap  **Display** > **Screen saver**.

2. Choose one of the following options:

   - **None**: Do not display a screen saver.
   - **Colors**: Tap the selector to display a changing screen of colors.
   - **Photo table**: Display pictures in a photo table.
   - **Photo frame**: Display pictures in a photo frame.
   - **Photos**: Display pictures from your Google Photos account.

3. Tap **Preview** for a demonstration of the selected Screen saver.

☀ **TIP**  Tap    **Settings** next to a feature for additional options.

# Reduce animations

Decrease certain motion effects, such as when opening apps.

○ From Settings, tap 🌸 **Advanced features** > **Reduce animations** to enable the feature.

# Lift to wake

Turn on the screen by lifting the device.

○ From Settings, tap 🌸 **Advanced features** > **Motions and gestures** > **Lift to wake** to enable this feature.

# Double tap to wake

Turn on the screen by double-tapping instead of using the Side key.

○ From Settings, tap 🌸 **Advanced features** > **Motions and gestures** > **Double tap to wake** to enable this feature.

Settings

# Smart stay

Smart stay uses the front camera to detect your face so that the screen stays on while you are looking at it.

○ From Settings, tap 🌼 **Advanced features** > **Motions and gestures** > **Smart stay**, and tap 🔵 to enable the feature.

# One-handed mode

You can change the screen layout to accommodate operating your device with one hand.

1. From Settings, tap 🌼 **Advanced features** > **One-handed mode**.

2. Tap **Use One-handed mode** to enable the feature and select one of the following options:
   • **Gesture**: Swipe down in the center of the bottom edge of the screen.
   • **Button**: Tap ▬ **Home** two times in quick succession to reduce the display size.

Settings

# Device maintenance

View the status of your device's battery, storage, and memory. You can also automatically optimize your device's system resources.

Quick optimization | Battery | Storage | Memory | Advanced options | Language and input | Date and time | Troubleshooting

## Quick optimization

The quick optimization feature improves device performance through the following actions:

- Identifying apps that use excessive battery power and clearing unneeded items from memory.
- Deleting unnecessary files and closing apps running in the background.
- Scanning for malware.

To use the quick optimization feature:

○ From Settings, tap 🔘 **Device care** > **Optimize now**.

## Battery

View how battery power is used for your various device activities.

○ From Settings, tap 🔘 **Device care** > **Battery** for options:
  - **Battery usage**: View power usage by app and service.
  - **Power mode**: Select a power mode to extend battery life.
  - **App power management**: Configure battery usage for apps that are used infrequently.
  - **Wireless PowerShare**: Enable wireless charging of supported devices with your device's battery.
  - **Charging**: Enable the following options to support fast charging capabilities:
    - **Fast charging**
    - **Fast wireless charging**

Settings

# Storage

View the device storage and usage.

## Device storage

Quickly optimize your device's storage, increasing available memory.

○ From Settings, tap ⟳ **Device care** > **Storage** > **Clean now.**

# Memory

Check the amount of available memory. You can close background apps and reduce the amount of memory you are using to speed up your device.

○ From Settings, tap ⟳ **Device care** > **Memory**. The used and available memory are shown.

- Tap **Clean now** to free up as much memory as possible.
- Tap **View more** to view the full list of apps and services using memory. Tap ✓ to include or exclude these apps and services.
- Tap **Apps not used recently** to view apps and services that are included in this group. Tap ✓ to include or exclude these apps and services.
- Tap **Select apps to exclude** to choose apps to exclude from memory usage checks.

# Advanced options

Other Device care features are available in the Advanced menu.

○ From Settings, tap ⟳ **Device care** >   **More options** > **Advanced**. The following options are available:

- **Notifications**: Enable or disable notifications from Device care.
- **Auto optimization**: Automatically optimize the device daily.
  - **Time**: Choose a time of day to optimize the device.
  - **Close apps to free up memory**: Enable to free up memory by closing apps that are running in the background.

Settings

- **Auto restart**: Automatically restart the device on a custom schedule.
  - **Days**: Choose one or more days to restart the device.
  - **Time**: Choose a time of day to restart the device.
- **Optimize settings**: Save battery power by optimizing settings when the device is not in use.
  - **Brightness**: Reduce brightness.
  - **Screen timeout**: Turn off the screen after 30 seconds of inactivity.
  - **Media volume**: Limit playback volume to 46%.

# Language and input

Configure your device's language and input settings.

## Change the device language

You can add languages to your list and organize them according to preference. If an app does not support your default language, then it will move to the next supported language in your list.

1. From Settings, tap ⚏ **General management** > **Language and input** > **Language**.
2. Tap ➕ **Add language**, and select a language from the list.
3. Tap **Set as default** to change the device language.
   - To switch to another language on the list, tap the desired language, and then tap **Apply**.

## Default keyboard

You can select a default keyboard for your device's menus and keyboards. Additional keyboards can be downloaded from the Google Play store.

1. From Settings, tap ⚏ **General management** > **Language and input**.
2. Tap **On-screen keyboard** > **Default keyboard** and choose a keyboard.

Settings

## Google Voice typing

Speak rather than type your text entries using Google Voice™ typing.

1. From Settings, tap ☰ **General management** › **Language and input**.
2. Tap **On-screen keyboard** › **Google Voice typing** to customize settings.

## Manage on-screen keyboards

Enable or disable on-screen keyboards.

1. From Settings, tap ☰ **General management** › **Language and input**.
2. Tap **On-screen keyboard** › **Manage keyboards**.
3. Tap each keyboard to enable or disable.

## Show keyboard button

Show a button on the Navigation bar to quickly switch between keyboards.

1. From Settings, tap ☰ **General management** › **Language and input** › **On-screen keyboard**.
2. Tap **Show keyboard button** to enable this feature.

## Physical keyboards

Customize options when you have a physical keyboard connected to your device (sold separately).

1. From Settings, tap ☰ **General management** › **Language and input**.
2. Tap **Physical keyboard**, and then choose an option:
   • **Show on-screen keyboard**: Show the on-screen keyboard while a physical keyboard is also being used.
   • **Keyboard shortcuts**: Show explanations of the keyboard shortcuts on the screen.
   • **Change language shortcut**: Enable or disable language key shortcuts for your physical keyboard.

Settings

## Autofill service

Save time entering information using autofill services.

1. From Settings, tap ⬚ **General Management** › **Language and input**.
2. Tap **Autofill service** and select your preferred service.

## Text-to-speech

Configure your Text-to-Speech (TTS) options. TTS is used for various accessibility features, such as Voice Assistant.

○ From Settings, tap ⬚ **General management** › **Language and input** › **Text-to-speech** for options:

- **Preferred engine**: Choose either the Samsung or Google Text-to-speech engine. Tap ⚙ **Settings** for options.
- **Language**: Set the default speech language.
- **Speech rate**: Set the speed at which the text is spoken.
- **Pitch**: Set the pitch of the speech.
- **Play**: Tap to play a short demonstration of speech synthesis.
- **Reset**: Reset the speech rate and pitch.

## Pointer speed

Configure pointer speed for an optional mouse or trackpad (not included).

1. From Settings, tap ⬚ **General management** › **Language and input**.
2. Under **Pointer speed**, drag the slider to the right to go faster or to the left to go slower.

## Primary mouse button

You can define which mouse button that you favor as primary.

1. From Settings, tap ⬚ **General management** › **Language and input**.
2. Tap **Primary mouse button**, and choose either **Left** or **Right**.

Settings

# Date and time

By default, your device receives date and time information from the wireless network. Outside of network coverage, you can set the date and time manually.

○ From Settings, tap ⚏ **General management** > **Date and time**. The following options are available:

- **Automatic date and time**: Receive date and time updates from your wireless network. When Automatic date and time is disabled, the following options are available:

  – **Select time zone**: Choose a new time zone.

  – **Set date**: Enter the current date.

  – **Set time**: Enter the current time.

- **Use 24-hour format**: Set the format for displaying time.

# Troubleshooting

You can check for software updates and, if necessary, reset services on your device.

## System updates

Check for and install available software updates for your device.

○ From Settings, tap 🔄 **System updates** for the following options:

- **Download and install**: Check for software updates.

- **Auto download over Wi-Fi**: Download software updates automatically when connected to a Wi-Fi network.

- **Last update**: View information about the last software update.

- **Update PRL**: Download and install the Preferred Roaming List update.

- **Update Profile**: Automatically update your user profile information.

- **UICC unlock**: Enable the SIM slot to use another carrier's SIM card. Contact your service provider for assistance.

Settings

# Reset

Reset device and network settings. You can also reset your device to its factory defaults.

## Reset settings

You can reset your device to its factory default settings, which resets everything except the security, language, and account settings. Personal data is not affected.

1. From Settings, tap ⚙ **General management** > **Reset** > **Reset settings**.
2. Tap **Reset settings**, and confirm when prompted.

## Reset network settings

You can reset Wi-Fi, mobile data, and Bluetooth settings with Reset network settings.

1. From Settings, tap ⚙ **General management** > **Reset** > **Reset network settings**.
2. Tap **Reset settings**, and confirm when prompted.

## Reset accessibility settings

You can reset device accessibility settings. Accessibility settings in downloaded apps and your personal data are not affected.

1. From Settings, tap ⚙ **General management** > **Reset** > **Reset accessibility settings**.
2. Tap **Reset settings**, and confirm when prompted.

## Auto restart

Optimize your device by restarting it automatically at set times. Any unsaved data will be lost when the device restarts.

1. From Settings, tap ⚙ **General management** > **Reset** > **Auto restart**.
2. Tap ⬤ to activate Auto restart, and then set the following parameters:
   - **Days**: Select the day of the week to automatically restart your device.
   - **Time**: Set the time of day to restart your device.

Settings

## Factory Data Reset

You can reset your device to factory defaults, erasing all data from your device.

This action permanently erases ALL data from the device, including Google or other account settings, system and application data and settings, downloaded applications, as well as your music, photos, videos, and other files.

When you sign in to a Google Account on your device, Factory Reset Protection (FRP) is activated. This protects your device in the event it is lost or stolen.

If you reset your device to factory default settings with the FRP feature activated, you must enter the user name and password for a registered Google Account to regain access to the device. You will not be able to access the device without the correct credentials.

 **NOTE**  If you reset your Google Account password, it can take 24 hours for the password reset to sync with all devices registered to the account.

Before resetting your device:

1. Verify that the information you want to keep has transferred to your storage area.

2. Log in to your Google Account and confirm your user name and password.

To reset your device:

1. From Settings, tap ⚙**General management** > **Reset** > **Factory data reset**.

2. Tap **Reset** and follow the prompts to perform the reset.

3. When the device restarts, follow the prompts to set up your device.

### Factory Reset Protection

When you sign in to a Google Account on your device, Factory Reset Protection (FRP) is activated. FRP prevents other people from using your device if it is reset to factory settings without your permission. For example, if your device is lost or stolen and a factory data reset is performed, only someone with your Google Account username and password can use the device.

You will not be able to access the device after a factory data reset if you do not have your Google Account username and password.

Settings

 **CAUTION**  Before sending your device to Samsung or taking it to a Samsung-authorized service center, remove your Google Account and then perform a factory data reset. For more information, visit samsung.com/us/support/frp.

### Enable Factory Reset Protection

Adding a Google Account to your device automatically activates the FRP security feature.

### Disable Factory Reset Protection

To disable FRP, remove all Google Accounts from the device.

1. From Settings, tap 🔑 **Accounts and backup** > **Accounts** > **[Google Account]**.
2. Tap **Remove account**.

# Lock screen and security

You can secure your device and protect your data by setting a screen lock.

Screen lock types | Google Play Protect | Find My Mobile | Security update | Samsung Pass | Samsung Blockchain Keystore | Install unknown apps | Secure Folder | View passwords | Device administration | Credential storage | Advanced security settings | Location | Permission manager | Send diagnostic data

## Screen lock types

You can choose from the following screen lock types that offer high, medium, or no security: Swipe, Pattern, PIN, Password, and None.

 **NOTE**  Biometric locks are also available to protect access to your device and sensitive data on your device. For more information, see Biometric security.

Settings

## Set a secure screen lock

It is recommended that you secure your device using a secure screen lock (Pattern, PIN, or Password). This is necessary to set up and enable biometric locks.

1. From Settings, tap 🔒 **Lock screen** > **Screen lock type** and tap a secure screen lock (**Pattern**, **PIN**, or **Password**).

2. Tap 🌙 to enable showing notifications on the lock screen. The following options are available:

   - **View style**: Display notification details or hide them and show only an icon.

   - **Hide content**: Do not show notifications in the Notification panel.

   - **Notifications to show**: Choose which notifications to show on the Lock screen.

   - **Show on Always On Display**: Display notifications on the Always on Display screen.

3. Tap **Done** when finished.

4. Configure the following screen lock options:

   - **Smart Lock**: Unlock your device automatically when trusted locations or other devices have been detected. A secure screen lock is required for this feature.

   - **Secure lock settings**: Customize your secure lock settings. A secure screen lock is required for this feature.

## Clock and information

You can configure features that appear on the Lock screen, like the clock and other useful information.

- ○ From Settings, tap 🔒 **Lock screen** for the following options:

   - **Wallpaper services**: Enable additional features such as guide page and Dynamic Lock Screen.

   - **Clock style**: Set the type and color of the clock on the Lock screen and Always On Display screen.

   - **Roaming clock**: Change to digital clocks showing both local and home time zones when roaming.

Settings

- **FaceWidgets**: Enable widgets on the Lock screen and Always On Display screen to get quick access to useful information.
- **Contact information**: Show your contact information, such as your phone number or email address.
- **Notifications**: Select which notifications to display on the Lock screen and Always On Display screen.
- **Shortcuts**: Select which app shortcuts to add to the Lock screen.
- **About Lock screen**: Update the Lock screen's software.

## Google Play Protect

You can configure Google Play to regularly check your apps and device for security risks and threats.

- ○ From Settings, tap 🔵 **Biometrics and security** > **Google Play Protect**.
   - Updates are checked for automatically.

## Find My Mobile

You can protect your device from loss or theft by allowing your device to be locked, tracked online, and for your data to be deleted remotely. A Samsung account is required, and Google location service must be turned on in order to use Find My Mobile. For more information, visit **samsung.com/us/support/owners/app/find-my-mobile**.

### Turn on Find My Mobile

Before you can use the Find My Mobile feature, you must turn it on and customize the options. To access your device remotely, visit **findmymobile.samsung.com**.

1. From Settings, tap 🔵 **Biometrics and security** > **Find My Mobile**.
2. Tap 🔵 to enable Find My Mobile and log in to your Samsung account. The following options are available:
   - **Remote unlock**: Allow Samsung to store your PIN, pattern, or password, allowing you to unlock and control your device remotely.
   - **Send last location**: Allow your device to send its last location to the Find My Mobile server when the remaining battery charge falls below a certain level.

Settings

# Security update

You can easily check the date of the last installed security software update and find out if newer updates are available.

○ From Settings, tap 🛡 **Biometrics and security** > **Security update** to see the latest security update installed and check if a newer update is available.

# Samsung Pass

Use Samsung Pass to access your favorite services with biometric data. You must sign in to your Samsung account to use Samsung Pass.

Visit **samsung.com/us/support/owners/app/samsung-pass** to learn more.

1. From Settings, tap 🛡 **Biometrics and security** > **Samsung Pass**.
2. Sign in to your Samsung account and add your biometric data.

# Samsung Blockchain Keystore

Manage your blockchain private key.

1. From Settings, tap 🛡 **Biometrics and security** > **Samsung Blockchain Keystore**.
2. Follow the prompts to import or set up a new cryptocurrency wallet.

# Install unknown apps

You can allow installation of unknown third-party apps from selected apps or sources.

1. From Settings, tap 🛡 **Biometrics and security** > **Install unknown apps**.
2. Tap an app or source, and then tap **Allow from this source**.

☼ **TIP**  Installing unknown third-party apps could make your device and personal data more vulnerable to security risks.

Settings

## Secure Folder

You can create a secure folder on your device to protect private content and apps from anyone who may be using your device. You must sign in to your Samsung account to set up and use Secure folder.

○ From Settings, tap 🛡️ **Biometrics and security** > **Secure Folder** and follow the prompts to secure content on your device.

## View passwords

You can have characters displayed briefly in password fields as you type them.

○ From Settings, tap 🛡️ **Biometrics and security** > **Other security settings** > **Make passwords visible** to turn on the feature.

## Device administration

You can authorize security features and apps (like Find My Device) to have administrative access to your device.

1. From Settings, tap 🛡️ **Biometrics and security** > **Other security settings** > **Device admin apps**.
2. Tap an option to turn it on as a device administrator.

## Credential storage

You can manage the trusted security certificates installed on your device, which verify the identity of servers for secure connections.

○ From Settings, tap 🛡️ **Biometrics and security** > **Other security settings** for the following options:
   • **Storage type**: Select a storage location for credential contents.
   • **View security certificates**: Display certificates in your device's ROM and other certificates you have installed.
   • **User certificates**: View user certificates that identify your device.
   • **Install from device storage**: Install a new certificate from storage.
   • **Clear credentials**: Erase credential contents from the device and reset the password.

Settings

# Advanced security settings

You can use these options to configure advanced security settings to better protect your device.

○ From Settings, tap 🛡 **Biometrics and security** › **Other security settings** for the following options:

- **Trust agents**: Allow trusted devices to perform selected actions when connected.
  - This option is only displayed when a lock screen is turned on. For more information, see Set a secure screen lock.
- **Pin windows**: Pin an app on your device screen, which prevents access to other features of your device.
- **Security policy updates**: Keep your device secure by checking for security updates.

# Location

Location services use a combination of GPS, mobile network and Wi-Fi to determine the location of your device.

1. From Settings, tap 📍 **Location**.
2. Tap  to turn on Location services.

🔆 **TIP** Some apps require location services be turned on for full functionality.

## App permissions

Configure permissions for apps that want to access your location information.

1. From Settings, tap 📍 **Location** › **App permissions**.
2. Tap an app and select which of the following location permissions to grant it:
   - Allow all the time
   - Allow only while using the app
   - Deny

Settings

## Improve accuracy

Enable other location scanning tools.

1. From Settings, tap 📍 **Location** > **Improve accuracy**.

2. Tap connection method to add or remove from location services:

   • **Wi-Fi scanning**: Allow apps and services to scan for Wi-Fi networks automatically, even when Wi-Fi is turned off.

   • **Bluetooth scanning**: Allow apps to scan for and connect to nearby devices automatically through Bluetooth, even when Bluetooth is turned off.

## Recent location requests

View a list of apps that have requested your location.

1. From Settings, tap 📍 **Location**.

2. Tap 🌓 to turn on Location services.

3. Tap an entry under **Recent location requests** to view the app's settings.

## Location services

Location services store and use your device's most recent location data. Certain apps can use this data to improve your search results based on places that you have visited.

1. From Settings, tap 📍 **Location**.

2. Tap an entry under **Location services** to see how your location information is used.

Settings

## Permission manager

Apps might access features of your device that you permit them to (like the camera, microphone, or location) when they are running in the background, not just when you are using the app. You can set your device to notify you when this happens.

1. From Settings, tap  **Privacy** › **Permission manager**.

2. Tap a category, then tap an app to select which permissions you want to be notified about by tapping **Allow** or **Deny**.

**NOTE**  When using an app or service for the first time that wants to access certain features of your device, a dialog box asks if you want to permit such access. You can choose from **Allow all the time**, **Allow only while using the app**, or **Deny** for each type of access requested.

## Send diagnostic data

Send diagnostic information about your device to Samsung when you are having technical problems.

1. From Settings, tap **Privacy** › **Send diagnostic data**.

2. Read and accept the consent information to enable this feature.

Settings

# Accounts

You can connect to and manage your accounts, including your Google Account, Samsung account, email, and social networking accounts.

Samsung Cloud | Add an account | Account settings | Remove an account | Backup and restore | Google settings

## Samsung Cloud

You can keep your data safe by backing up and restoring your device. You can also sync your data from multiple devices. For more information, visit **samsung.com/us/support/owners/app/samsung-cloud**.

1. From Settings, tap 🔑 **Accounts and backup** > **Samsung Cloud**.
   - If a Samsung account has not been added, the screens explain how to create or sign in to your account.
2. Once a Samsung account is configured, you can view and manage items stored in the Samsung Cloud.

## Add an account

You can add and sync all your email, social networking, and picture and video sharing accounts.

1. From Settings, tap 🔑 **Accounts and backup** > **Accounts** > ➕ **Add account**.
2. Tap one of the account types.
3. Follow the prompts to enter your credentials and set up the account.
   - Tap **Auto sync data** to enable automatic updates to your accounts.

Settings

# Account settings

Each account has its own custom settings. You can configure common settings for all accounts of the same type. Account settings and available features vary between account types.

1. From Settings, tap 🔑 **Accounts and backup** > **Accounts**.
2. Tap an account to configure that account's sync settings.
3. Tap other available options for the account type.

## Remove an account

You can remove accounts from your device.

1. From Settings, tap 🔑 **Accounts and backup** > **Accounts**.
2. Tap the account and then tap **Remove account**.

# Backup and restore

You can configure your device to back up data to your personal accounts.

### Samsung account

You can enable backup of your information to your Samsung account.

○ From Settings, tap 🔑 **Accounts and backup** > **Backup and restore** for options:
  - **Back up data**: Configure your Samsung account to back up your data.
  - **Restore data**: Use your Samsung account to restore your backup data.

### Google Account

You can enable backup of your information to your Google Account.

○ From Settings, tap 🔑 **Accounts and backup** > **Backup and restore** for options:
  - **Back up my data**: Enable back up of application data, Wi-Fi passwords, and other settings to Google servers.
  - **Backup account**: Select a Google Account to be used as your backup account.
  - **Automatic restore**: Enable automatic restoration of settings from Google servers.

Settings

**External storage transfer**

You can back up your data to a USB storage device, or restore backup data using Smart Switch. For more information, see Transfer data from an old device.

○ From Settings, tap 🔑 **Accounts and backup** > **Backup and restore** > **External storage transfer**.

## Google settings

You can configure your device's Google settings. Available options depend on your Google Account.

○ From Settings, tap G **Google**, and select an option to customize.

# Accessibility

There are accessibility settings for people who need help seeing, hearing, or otherwise operating their device. Accessibility services are special features that make using the device easier for everyone. For more information about Accessibility for Samsung products, please contact us at accessibility@sea.samsung.com.

Screen Reader | Visibility enhancements | Hearing enhancements | Interaction and dexterity | Advanced settings | Installed services | About Accessibility

## Screen Reader

Use special controls and settings that let you navigate without needing to see the screen.

○ From Settings, tap 🏃 **Accessibility** > **Screen reader** and tap an option:

• **Voice assistant**: Receive spoken feedback when using your device, such as what you touch, select, or activate.

• **Tutorial**: Lean how to use Voice assistant.

• **Settings**: Configure Voice assistant to better assist you.

# Visibility enhancements

You can configure Accessibility features to assist with visual aspects of your device.

## Colors and clarity

You can adjust the colors and contrast of text and other screen elements for easier viewing.

○ From Settings, tap 🌟 **Accessibility** › **Visibility enhancements** and tap an option:

- **High contrast theme**: Adjust colors and screen fonts to increase the contrast for easier viewing.
- **High contrast fonts**: Adjust the color and outline of fonts to increase the contrast with the background.
- **High contrast keyboard**: Adjust the size of the Samsung keyboard and change its colors to increase the contrast between the keys and the background.
- **Show button shapes**: Show buttons with shaded backgrounds to make them stand out better against the wallpaper.
- **Color inversion**: Reverse the display of colors from white text on a black background to black text on a white background.
- **Color adjustment**: Adjust the color of the screen if you find it difficult to see some colors.
- **Color lens**: Adjust the screen colors if you have difficulty reading the text.
- **Remove animations**: Remove certain screen effects if you are sensitive to motion.

Settings

## Size and zoom

You can increase the size of supported screen elements and create shortcuts for accessibility features on your device.

○ From Settings, tap 🕴 **Accessibility** > **Visibility enhancements** and tap an option:

- **Magnifier window**: Magnify content shown on the screen.
- **Magnification**: Use exaggerated gestures such as triple-tapping, double pinching, and dragging two fingers across the screen.
- **Large mouse/touchpad pointer**: Use a large pointer for a connected mouse or touchpad (accessories not included).
- **Font size and style**: Configure screen fonts.
- **Screen zoom**: Configure the screen zoom level.

# Hearing enhancements

You can configure Accessibility features to assist with audial aspects of the device.

## Sounds

You can adjust audio quality when using hearing aids or earphones.

○ From Settings, tap 🕴 **Accessibility** > **Hearing enhancements** and tap an option:

- **Real time text**: Activate real-time text (RTT) calling.
- **Hearing aid support**: Improve the sound quality to work better with hearing aids.
- **Amplify ambient sound**: Enable this feature and connect headphones to your device to amplify the sounds of conversations.
- **Adapt sound**: Customize the sound for each ear and enhance your listening experience. See Adapt sound.
- **Left/right sound balance**: Use the slider to adjust the left and right balance when listening to audio in stereo.
- **Mono audio**: Switch audio from stereo to mono when using one earphone.
- **Mute all sounds**: Turn off all notifications and audio for privacy.

Settings

## Text display

You can watch closed captions when viewing multimedia.

○ From Settings, tap 🧍 Accessibility > **Hearing enhancements** and tap an option:

- **Live transcribe**: Use the microphone to record speech and convert it to text.
- **Live caption**: Automatically caption speech in media played on your device.
- **Subtitle settings**: Configure closed caption and subtitle services.
- **Sound detectors**: Receive alerts when the device detects a baby crying or a doorbell.

# Interaction and dexterity

You can configure Accessibility features to assist with limited dexterity when interacting with your device.

## Alternate input

You can control your device using different kinds of inputs and controls.

○ From Settings, tap 🧍 Accessibility > **Interaction and dexterity** and tap an option:

- **Universal switch**: Control your device with your customized switches.
- **Assistant menu**: Improve device accessibility for users with reduced dexterity.

Settings

## Interactions

You can simplify the motions needed to answer phone calls or respond to notifications and alarms.

○ From Settings, tap 🏃 **Accessibility** › **Interaction and dexterity** and tap an option:

- **Answering and ending calls**:
  - **Read caller names aloud**: Hear callers' names read aloud when using Bluetooth or headsets (not included).
  - **Answer automatically**: Answer calls after a set duration when using Bluetooth or headsets (not included).
  - **Press Volume up to answer**: Use the Volume keys to answer calls.
  - **Press Side key to end calls**: End calls by pressing the Side key.
  - **Open phone to answer**: Open the device to answer an incoming call.
  - **Close phone to end**: Close the device to end a call.
- **Interaction control**: Customize areas of screen interactions, hardkeys, and the keyboard.

## Touch settings

You can adjust your screen to be less sensitive to taps and touches.

○ From Settings, tap 🏃 **Accessibility** › **Interaction and dexterity** and tap an option:

- **Touch and hold delay**: Select a time interval for this action.
- **Tap duration**: Set how long an interaction must be held to be recognized as a tap.
- **Ignore repeated touches**: Set a time duration in which to ignore repeated touches.

## Mouse and physical keyboard

Configure settings for a connected mouse and physical keyboard.

○ From Settings, tap  Accessibility > Interaction and dexterity and tap an option:

• Click after pointer stops: Automatically click on an item after the pointer stops over it.

• Sticky keys: When you press a modifier key like Shift, Ctrl, or Alt, the key stays pressed down, which allows you to enter keyboard shortcuts by pressing one key at a time.

• Slow keys: Set how long a key must be held before it is recognized as a press, which helps avoid accidental key presses.

• Bounce keys: Set how long to wait before accepting a second press from the same key, which helps avoid accidentally pressing the same key multiple times.

## Advanced settings

You can customize additional accessibility features and services for your device.

☼ TIP  Additional accessibility apps may be downloaded from the Google Play store.

### Direct access

○ From Settings, tap Accessibility > Advanced settings and tap an option:

• Side and Volume up keys: Configure selected Accessibility features to open by quickly pressing the Side and Volume up keys at the same time. Tap to enable the feature, and then tap any of the listed Accessibility features to either enable or open the feature's menu.

• Volume up and down keys: Configure selected services to turn on when you press and hold the Volume up and Volume down keys for three seconds.
  – Selected service: Choose a service to launch with this key combination.
  – Allow on Lock screen: Allow this key combination to activate even when the screen is locked.

Settings

## Notifications

○ From Settings, tap  **Accessibility** > **Advanced settings** and tap an option:

- **Flash notification**: Flash either the camera light or the screen when you receive notifications or when alarms sound.

- **Notification reminders**: Set periodic reminders for any unread notifications.

- **Time to take action**: Choose how long to show messages that ask you to take action, but are visible only temporarily (like notifications).

- **Voice Label**: Write voice recordings to NFC tags (not included) to provide you with information about objects or locations as you near them.

- **Bixby Vision for accessibility**: Add modes to read text aloud, describe scenes, detect colors, and more.

## Installed services

You can install additional assistance services for your device.

○ From Settings, tap **Accessibility** > **Installed services**.

🔆 **NOTE**  Additional accessibility services are listed and configured here after they are installed.

## About Accessibility

Legal and license information about the current Accessibility software is available in Settings.

○ From Settings, tap **Accessibility** > **About Accessibility**. The following information is available:

- **Version**: View the current Accessibility software version.

- **Legal information**: View Legal information for select Accessibility features.

- **Open source licenses**: View information for the open source licenses used for Accessibility.

Settings

# Other settings

Configure features on your device that make it easier to use.

Tips and help | Dual Messenger | About phone | Learn more | Legal information

## Tips and help

View tips and techniques as well as the user manual for your device.

○ From Settings, tap 💡 **Tips and help**.

- **What's new**: Explore the new features of your Galaxy device.
- **Smart ideas**: View tips for getting the most from your device.
- **Help**: View your device's user manual.

## Dual Messenger

Use two separate accounts for the same app.

1. From Settings, tap ✸ **Advanced features** › **Dual Messenger**.
2. Tap 🌙 next to supported apps to enable the feature for each app.
   - To select which contacts have access to the secondary messenger app, tap **Use separate contacts list**.

## About phone

View information about your device, including current status, legal information, hardware and software versions, and more.

1. From Settings, tap **About phone**, and then view your phone number, model number, serial number, and IMEI information.
2. Tap additional items to view more information about your device.

🔆 **TIP**  You can view your device's FCC ID from **About phone** › **Status**.

# Learn more

 ## Videos

samsung.com/us/support/videos

 ## Smart Simulator

samsungsimulator.com

 ## Samsung Care

samsung.com/us/support

## Talk to an agent

Contact us on **Facebook Messenger**

Find us on **Facebook**

Follow us on **Twitter**

 ## Tips

samsung.com/us/support/tips

# Legal information

READ THIS INFORMATION BEFORE USING YOUR MOBILE DEVICE.

**Arbitration Agreement - This Product is subject to a binding arbitration agreement between you and SAMSUNG ELECTRONICS AMERICA, INC. ("Samsung"). You can opt out of the agreement within 30 calendar days of the first consumer purchase by emailing optout@sea.samsung.com or calling 1-800-SAMSUNG (726-7864) and providing the applicable information.**

The full Arbitration Agreement, Standard One-year Limited Warranty, End User License Agreement (EULA), and Health & Safety Information for your device are available online:

Phone:

- English: **samsung.com/us/Legal/Phone-HSGuide**
- Spanish: **samsung.com/us/Legal/Phone-HSGuide-SP**

This information can also be found on the device in the "About device" or "About phone" or "About tablet" section, for example:

- **Settings** > **About phone** or **About device** or **About tablet** > **Legal information** > **Samsung legal**
- Or, search "Legal"

If your device required Federal Communications Commission (FCC) approval, you can view the FCC certification by opening **Settings** > **About phone** or **About device** or **About tablet** > **Status**.

## Samsung Knox

Samsung Knox is Samsung's security platform and is a mark for a Samsung device tested for security with enterprise use in mind. Additional licensing fee may be required. For more information about Knox, please refer to: **samsung.com/us/knox**.

| Legal information

# Restricting children's access to your mobile device

Your mobile device is not a toy. Do not allow children under the age of 3 to play with it because they could hurt themselves or others or damage the device. If parents choose to allow children 3 or older to use the device, they should make sure that there is adequate supervision to guard against injury or damage and use of services that may increase data costs or other charges.

Parental control settings should be enabled to ensure that children do not have access to services or content not approved by the parent. Routinely check this device to ensure it is working properly and is safe for children to use.

Samsung Electronics America, Inc.

Address:

85 Challenger Road
Ridgefield Park
New Jersey 07660

Phone: 1-800-SAMSUNG (726-7864)

Internet: **samsung.com**

©2020 Samsung Electronics America, Inc. Samsung, Samsung Galaxy, Multi Window, Samsung Health, and Smart Switch are all trademarks of Samsung Electronics Co., Ltd.

Other marks are the property of their respective owners.

Manufactured under license from Dolby Laboratories. Dolby, Dolby Atmos, and the double-D symbol are trademarks of Dolby Laboratories.



Some multimedia (audio/video) files contain Digital Rights Management (DRM) technology to verify you have the right to use the files. Preloaded apps on your device may not be compatible with DRM-protected files.

Legal information

Screen images are simulated. Appearance of device may vary.

The actual available capacity of the internal memory is less than the specified capacity because the operating system and default applications occupy part of the memory. The available capacity may change when you upgrade the device.

Please check with your service provider to verify qualifying services/features.